# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JOSIAH GALLOWAY,<br><br>*Plaintiff(s)*<br>v.<br>COUNTY OF NASSAU;<br>NASSAU COUNTY POLICE DEPARTMENT;<br>INCORPORATED VILLAGE OF HEMPSTEAD;<br>P.O. STEVEN HOROWITZ (Shield # 144); et al<br>*Defendant(s)* | Civil Action No. 19cv5026(AMD)(JO) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* County of Nassau, c/o Office of the County Attorney, One West St., Mineola, NY 11501;
Nassau County Police Department, 1490 Franklin Ave., Mineola, NY 11501;
Incorporated Village of Hempstead, c/o Village Attorney, 99 Nichols Court, Hempstead, NY 11550;
P.O. Steven Horowitz (Shield # 144), c/o Inc. Village of Hempstead Police Department, 99 James A. Garner Way, Hempstead, NY 11550;

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Law Offices of Thomas F. Liotti, LLC
600 Old Country Rd., Suite 530
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 09/04/2019

*Deanna Rodin*
*Signature of Clerk or Deputy Clerk*

# RIDER TO SUMMONS IN A CIVIL ACTION FOR *JOSIAH GALLOWAY*, Plaintiff

## CAPTION (Defendants continued):

DETECTIVE MATTHEW ROSS (Shield # 834);

DETECTIVE CHARLES DECARO (Shield # 1047);,

DETECTIVE THOMAS BISCHOFF (Shield # 1001);

DETECTIVE RONALD LIPSON (Shield # 1296);

DETECTIVE THOMAS D'LUGINSKI (Shield # 7900);

DETECTIVE GEORGE DARIENZO (Shield # 1038);

DETECTIVE KEVIN CUNNINGHAM (Shield # 112);

KATHLEEN RICE;

ASSISTANT DISTRICT ATTORNEY JOSEPH LaROCCA;

ASSISTANT DISTRICT ATTORNEY ROBERT SCHALK; and

JOHN DOE and JANE DOE #s 1 - 20 being and intended to be other parties from the County of Nassau, Nassau County Police Department, Incorporated Village of Hempstead and Incorporated Village of Hempstead Police Department whose names are presently unknown, all jointly and severally,

### Defendants.

## To (Defendants' names and addresses continued):

Detective Matthew Ross (Shield # 834), c/o Nassau County Police Department, 1490 Franklin Ave., Mineola, NY 11501;

Detective Charles DeCaro (Shield # 1047), c/o Nassau County Police Department, 1490 Franklin Ave., Mineola, NY 11501;

Detective Thomas Bischoff (Shield # 1001), c/o Nassau County Police Department, 1490 Franklin Ave., Mineola, NY 11501;

Detective Ronald Lipson (Shield # 1296), c/o Nassau County Police Department, 1490 Franklin Ave., Mineola, NY 11501;

Detective Thomas D'Luginski (Shield # 7900), c/o Nassau County Police Department, 1490 Franklin Ave., Mineola, NY 11501;

Detective George Darienzo (Shield # 1038), c/o Nassau County Police Department, 1490 Franklin Ave., Mineola, NY 11501;

Detective Kevin Cunningham (Shield # 112), c/o Police Department of the Incorporated Village of Hempstead, 99 James A. Garner Way, Hempstead, NY 11550;

Kathleen Rice, 2435 Rayburn H.O.B., Washington, DC 20515;
       District Office: 229 7th St., Suite 300, Garden City, NY 11530

Assistant District Attorney Joseph LaRocca, c/o Nassau County District Attorney's Office, 262 Old Country Road, Mineola, NY 11501; and

Assistant District Attorney Robert Schalk, c/o Nassau County District Attorney's Office, 262 Old Country Road, Mineola, NY 11501.

John Doe and Jane Doe #s 1 - 20, being and intended to be other parties from the County of Nassau, Nassau County Police Department, Incorporated Village of Hempstead and Incorporated Village of Hempstead Police Department whose names are presently unknown, all jointly and severally