AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Eastern__ District of __New York__

Josiah Galloway

Plaintiff (s),

V.

County of Nassau, et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __19 CV 5026 (AMD) (JO)__

Notice is hereby given that, subject to approval by the court, __Josiah Galloway__ substitutes
(Party (s) Name)

__Baree N. Fett, Esq.__ , State Bar No. __2962736__ as counsel of record in
(Name of New Attorney)

place of __Thomas F. Liotti, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: __Elefterakis, Elefterakis & Panek__

Address: __80 Pine Street, 38th Floor__

Telephone: __(212) 532-1116__     Facsimile __(212) 532-1176__

E-Mail (Optional):

I consent to the above substitution.

Date: __9/7/2019__

_X_ ___/s/ Josiah Galloway___
(Signature of Party (s))

I consent to being substituted.

Date: ___[signature] Thomas F. Liotti, for himself and Joseph DeFelice___

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: __9/7/2019__

___[signature]___
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**