Form 2 - AFFIDAVIT OF SERVICE

P2546562

**ELEFTERAKIS, ELEFTERAKIS & PANEK    WOLF PAMPHILE**
U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

JOSIAH GALLOWAY

                                                   PLAINTIFF

- vs -

COUNTY OF NASSAU, ETAL

                                                   DEFENDANT

index No. 2:19- CV- 05026 - AMD -JO
Date Filed
Office No.
Court Date.

STATE OF **NEW YORK**, COUNTY OF **NASSAU**    :SS:

**ANDREW ROTHBERG** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **08TH** day of **NOVEMBER 2019, 12:39PM** at **C/O POLICE DEPARTMENT OF THE INCORPORATED VILLAGE OF HEMPSTEAD 99 JAMES A. GARNER WAY, HEMPSTEAD, NY 11550**
I served the **SUMMONS AND FIRST AMENDED COMPLAINT** upon **DETECTIVE KEVIN CUNNINGHAM, SHIELD NO. 112, the DEFENDANT**, therein named by delivering and leaving a true copy or copies of the aforementioned documents with **JANE DOE (REFUSED FULL NAME), AUTHORIZED TO ACCEPT**, a person of suitable age and discretion.
Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows:
SEX: **FEMALE** COLOR: **BLACK** HAIR: **BROWN**
APP.AGE: **30** APP. HT: **5'5** APP. WT: **140**
OTHER IDENTIFYING FEATURES

On **11/12/2019** I deposited in the United States mail another true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the said **DEFENDANT** at the above address. That being
**the place of business of the DEFENDANT.**

Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

COMMENTS:

That at the time of service, as aforesaid, I asked the **person spoken to** whether the DEFENDANT was in the military service of the United States Government, or of the State of New York, and received a negative reply. Upon information and belief based upon the conversation and observation as aforesaid I aver that the **DEFENDANT** is not in the military service, and is not dependent on anyone in the military service of the United States Government or the State of New York, as that term is defined in statutes of the State of New York, or of the Federal Soldiers and Sailors Civilian Relief Act.

Sworn to before me this
12TH day of NOVEMBER, 2019

TIFFANY THOMPSON
Notary Public, State of New York
NO. 01TH6368449
Qualified in KINGS COUNTY
Commission Expires 12/11/2021

ANDREW ROTHBERG
PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 3-JE1-2546562

2a

==============================================================

Index No. 2:19- CV- 05026 - AMD -JO

U S DISTRICT COURT EASTERN DISTRICT OF NEW YORK

==============================================================

JOSIAH GALLOWAY

       PLAINTIFF

    - against -
COUNTY OF NASSAU, ETAL

          DEFENDANT
==============================================================

SUMMONS AND FIRST AMENDED COMPLAINT


==============================================================

ELEFTERAKIS, ELEFTERAKIS & PANEK


80 PINE STREET, 38TH FLOOR

NEW YORK , NY 10005