

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

November 21, 2019

**VIA ECF**
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   *Galloway v. Nassau County, et al.*
              Docket No. 19-cv-5026 (AMD)(JO)
              File No. 190164

Dear Judge Orenstein:

      This firm represents defendants the County of Nassau, Det. Matthew Ross, Det. Charles DeCaro, Det. Ronald Lipson, Det. Thomas D'Luginski, Det. George Darienzo, Det. Sgt. Richard Dorsi, and Det. Charles Olie (the "County Defendants") in this matter. I write to request an extension of the County Defendants' time—from November 25, 2019 to December 24, 2019—to respond to the First Amended Complaint ("FAC"). This is our first request to adjourn this deadline. Plaintiff consents to this request.

      This case involves an alleged wrongful conviction that occurred over a decade ago. This brief extension of time will give us the opportunity to communicate with our clients, obtain the relevant documents (including the full transcript of Plaintiff's criminal trial), and respond to the FAC in accordance with our obligations under Fed. R. Civ. P. 11.

      Thank you for your consideration of this matter.

                                                                          Very Truly Yours,

                                                                          SOKOLOFF STERN LLP

                                                                          Brian S. Sokoloff

cc:    All counsel via ECF