PETER A. BEE*
RICHARD P. READY
PETER M. FISHBEIN
JAMES R. HATTER
THOMAS J. DONOVAN †
KENNETH A. GRAY
DONALD J. FARINACCI
WILLIAM C. DeWITT
MICHAEL P. SIRAVO

OF COUNSEL
EDWARD P. RA
ROBERT G. LIPP †
ROBERT R. McMILLAN *(Retired)*

\* ALSO ADMITTED IN FL
\*\* ALSO ADMITTED IN NJ

† DECEASED

BEE READY FISHBEIN HATTER & DONOVAN, LLP

# BRFH&D
ATTORNEYS-AT-LAW

SENIOR ASSOCIATES
\*\*STEPHEN L. MARTIR
\*\*ANDREW K. PRESTON
DEANNA D. PANICO

ASSOCIATES
† BRIAN A. SUPER
PETER OLIVERI, JR.
AMOS BRUNSON, JR.
RHODA Y. ANDORS
JASON S. GREENFIELD

March 30, 2020

Hon. James Orenstein
US District Court Eastern District of New York
225 Cadman Plaza East
Chambers Room 1227 South
Brooklyn, New York  11201

  Re: *In the Matter of the Claim of Josiah Galloway v. County of Nassau, et al.*
    *Case No. 2:19 cv 05026*
    *Our File Ref.: 1444-1816*

Dear Magistrate Orenstein:

  Our office represents the Incorporated Village of Hempstead, Police Officer Steven Horowitz, Shield No. 144, and Detective Kevin Cunnigham, Shield No.: 112, in the above-referenced matter.

  I am writing at this time to request permission to attend the initial conference, currently scheduled to occur on Thursday, April 2, 2020, at 10:30 am, via telephone versus an in person appearance.  I make this request in connection with the ongoing COVID-19 precautions that have been initiated by Governor Cuomo.  If this does not meet with your Honor's approval, please advise, and I will appear in person.

  Thank you.

                Very truly yours,

                Michael P. Siravo

MPS/mgf

Address:  170 Old Country Road • Suite 200 • Mineola, NY 11501 • Telephone (516) 746-5599 • Fax (516) 746-1045