| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | Civil Conference<br>Minute Order |
| Before: James Orenstein<br>       U.S. Magistrate Judge | Date:    4/2/2020<br>Time:   10:30 a.m. |

*Josiah Galloway v. County of Nassau, et al.*
19-CV-5026 (AMD) (JO)

Type of Conference: Initial

| Appearances: | Plaintiff | Gabriel P. Harvis, Baree N. Fett |
|---|---|---|
| | County, et al. | Brian S. Sokoloff, Alexander J. Eleftherakis |
| | Hempstead, et al. | Andrew K. Preston, Michael P. Siravo |

Scheduling:

1.    The next status conference will be held on September 24, 2020, at 9:30 a.m.

2.    A pretrial conference will be held on April 22, 2021, at 9:30 a.m.

Summary: I will enter a separate case management and scheduling order that reflects the deadlines set forth in the parties' joint discovery plan.

SO ORDERED

_____/s/_____
James Orenstein
U.S. Magistrate Judge