

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

April 13, 2020

Honorable Ann M. Donnelly
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**VIA ECF**

    Re: *Galloway v. Nassau County, et al.*
      Docket No. 19-cv-5026 (AMD)(JO)

Dear Judge Donnelly:

  We represent defendants the County of Nassau, Det. Matthew Ross, Det. Charles DeCaro, Det. Ronald Lipson, Det. Thomas Dluginski, Det. George Darienzo, Det. Sgt. Richard Dorsi, Det. Rene Yao, and Det. Carl Strange (the "County Defendants") in this matter. Per Your Honor's April 6, 2020 Scheduling Order, we write to notify the Court that the County Defendants intend to move to dismiss portions of the Second Amended Complaint.

  Thank you for your consideration of this matter.

                Very truly yours,

                SOKOLOFF STERN LLP

                Brian S. Sokoloff

BSS/--
cc: All Counsel

  **VIA ECF**