UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSIAH GALLOWAY,

                      Plaintiff,

-against-

NASSAU COUNTY, THE INCORPORATED VILLAGE OF HEMPSTEAD, Police Officer STEVEN HOROWITZ, Shield No. 144, Detective MATTHEW ROSS, Shield No. 834, Detective CHARLES DECARO, Shield No. 1047, Detective RONALD LIPSON, Shield No. 1296, Detective THOMAS D'LUGINSKI, Shield No. 7900, Detective GEORGE DARIENZO, Shield No. 1038, Detective KEVIN CUNNINGHAM, Shield No. 112, Detective Sergeant RICHARD DORSI, Detective RENE B. YAO, Detective CARL STRANGE, Shield No. 1225, JOHN and JANE DOE 1-20,

                      Defendants.

**NOTICE OF MOTION**

19-cv-5026 (AMD) (JO)

       PLEASE TAKE NOTICE that, upon the annexed Declaration of Brian S. Sokoloff and the exhibits annexed thereto; the accompanying Memorandum of Law in Support of the County Defendants' Motion for Judgment on the Pleadings; and upon all pleadings and proceedings in this case, defendants THE COUNTY OF NASSAU, DET. MATTHEW ROSS, DET. CHARLES DECARO, DET. RONALD LIPSON, DET. THOMAS DLUGINSKI, DET. GEORGE DARIENZO, DET. SGT. RICHARD DORSI, DET. RENE YAO, and DET. CARL STRANGE (the "County Defendants"), will move this Court before the Honorable Ann M. Donnelly at the United States District Court, located at 225 Cadman Plaza East, Brooklyn, New York 11201, on a date and time to be determined by the Court, for an Order pursuant to Fed. R. Civ. P. 12(c) dismissing portions of Plaintiff's Second Amended Complaint, together with such other and further relied as this Court deems just, equitable, and proper.

       PLEASE TAKE FURTHER NOTICE that, pursuant to Court order, opposition papers are to be filed by June 15, 2020, and reply papers by June 30, 2020

1

Dated: Carle Place, New York
       May 14, 2020

                                                SOKOLOFF STERN LLP
                                                *Attorneys for County Defendants*

By:          Brian S. Sokoloff

                                                Brian S. Sokoloff
                                                Alexander J. Eleftherakis
                                                179 Westbury Avenue
                                                Carle Place, New York 11514
                                                (516) 334-4500
                                                File No. 190164

TO:     ELEFTERAKIS, ELEFTERAKIS & PANEK
          *Attorneys for Plaintiff*
          Gabriel P. Harvis
          80 Pine Street, 38th Floor
          New York, New York 10005
          (212) 532-1116
          gharvis@eeplaw.com
          **Via ECF**


          BEE READY FISHBEIN HATTER & DONOVAN LLP
          *Attorneys for defendants Inc. Vill. of Hempstead,*
          *Det. Kevin Cunningham, & P.O. Steven Horowitz*
          Michael Siravo
          170 Old Country Road
          Mineola, New York 11501
          (516) 746-5599
          msiravo@beereadylaw.com
          **Via ECF**