UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JOSIAH GALLOWAY,

                      Plaintiff,

-against-

NASSAU COUNTY, THE INCORPORATED VILLAGE OF HEMPSTEAD, Police Officer STEVEN HOROWITZ, Shield No. 144, Detective MATTHEW ROSS, Shield No. 834, Detective CHARLES DECARO, Shield No. 1047, Detective RONALD LIPSON, Shield No. 1296, Detective THOMAS D'LUGINSKI, Shield No. 7900, Detective GEORGE DARIENZO, Shield No. 1038, Detective KEVIN CUNNINGHAM, Shield No. 112, Detective Sergeant RICHARD DORSI, Detective RENE B. YAO, Detective CARL STRANGE, Shield No. 1225, JOHN and JANE DOE 1-20,

                      Defendants.

**DECLARATION**

19-cv-5026 (AMD) (JO)

BRIAN S. SOKOLOFF, an attorney duly admitted to practice law in this judicial district, hereby affirms, under penalty of perjury, the following:

1. I am a member with the law firm of SOKOLOFF STERN LLP, attorneys for defendants THE COUNTY OF NASSAU, DET. MATTHEW ROSS, DET. CHARLES DECARO, DET. RONALD LIPSON, DET. THOMAS DLUGINSKI, DET. GEORGE DARIENZO, DET. SGT. RICHARD DORSI, DET. RENE YAO, and DET. CARL STRANGE (the "County Defendants"), in the above-captioned action.

2. I submit this declaration in connection with the County Defendants' motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c).

3. Annexed hereto are the exhibits submitted in support of the County Defendants' motion. Each exhibit is a true and complete copy of what it purports to be:

a. Annexed hereto as Exhibit A is a copy of the transcript of the second day of a pre-trial hearing held on November 7, 2008 in relation to Plaintiff's criminal prosecution;

b. Annexed hereto as Exhibit B is a copy of the transcript of defendant Det. Ross' trial testimony in relation to Plaintiff's criminal prosecution;

c. Annexed hereto as Exhibit C is a copy of the transcript of defense counsel's trial summation in relation to Plaintiff's criminal prosecution;

d. Annexed hereto as Exhibit D is a copy of "Defendant's Post Trial-Motion" filed in related to Plaintiff's criminal prosecution

WHEREFORE, the County Defendants request judgment on the pleadings dismissing portions of Plaintiff's Second Amended Complaint, together with the costs and disbursement of this action, and such other and further relief as the Court may deem just and proper.

Dated: Carle Place, New York
May 14, 2020

                      SOKOLOFF STERN LLP
                      *Attorneys for County Defendants*

By:    Brian S. Sokoloff
                      Brian S. Sokoloff
                      179 Westbury Avenue
                      Carle Place, New York 11514
                      (516) 334-4500
                      File No. 190164