

eeplaw.com
80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
MARK NEWMAN
AGGELIKI E. NIKOLAIDIS
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
WAYNE WATTLEY

*Also Admitted In New Jersey

June 11, 2020

**BY ECF**

Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Galloway v. County of Nassau, et al.*, 19 CV 5026 (AMD) (JO)

Your Honor:

I represent plaintiff in the above-referenced matter. I write to respectfully request an extension of plaintiff's amendment deadline from June 15, 2020 until August 3, 2020. Defendants consent to this request.

If it should please the Court, this is plaintiff's second request to extend the amendment deadline. By order dated May 28, 2020, the Court extended the deadline to June 15th on consent. The parties have conferred and, in order to permit plaintiff an opportunity to amend the complaint with the benefit of defendants' discovery responses, plaintiff respectfully proposes the instant further extension. The proposed extension will not affect any other previously-scheduled deadlines.

Accordingly, plaintiff respectfully requests that his Rule 16 amendment deadline be extended until August 3, 2020. Thank you for your consideration of this request.

Respectfully submitted,

Gabriel P. Harvis

cc:   Defense Counsel