

80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116  F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
MARK NEWMAN
AGGELIKI E. NIKOLAIDIS
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
WAYNE WATTLEY

*Also Admitted In New Jersey

June 11, 2020

**BY ECF**
Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

  Re: *Galloway v. County of Nassau, et al.*, 19 CV 5026 (AMD) (JO)

Your Honor:

  I represent plaintiff in the above-referenced matter. I write to respectfully request an adjustment of the briefing schedule in connection with Nassau County defendants' motion to dismiss at DE #62. Defendants consent to this request.

  If it should please the Court, plaintiff may amend his pleading upon review of defendants' discovery responses.[1] This, in turn, may affect the pending motion to dismiss. The parties have conferred and plaintiff thus respectfully proposes the following revised briefing schedule for the Court's review and endorsement:

| | |
|---|---|
| Nassau County defendants' deadline to re-assert their existing motion, answer the pleading or file a new motion: | August 24, 2020 |
| Plaintiff's opposition due: | September 14, 2020 |
| Nassau County defendants' reply, if any, due: | September 28, 2020 |

---

[1] By letter earlier today to the Hon. James Orenstein, plaintiff requested, on consent, that his Rule 16 amendment deadline be extended until August 3, 2020.

Hon. Ann M. Donnelly
June 11, 2020

    No previous request to adjust the briefing schedule has been submitted.

    In light of the foregoing, plaintiff respectfully requests, on consent, that the Court review and adopt the proposed revised briefing schedule.

    Thank you for your consideration of this request.

                                               Respectfully submitted,

                                             Gabriel P. Harvis

cc:    Defense Counsel