

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

August 3, 2020

Honorable James Orenstein
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**VIA ECF**

Re: *Galloway v. Nassau County, et al.*
Docket No. 19-cv-5026 (AMD)(JO)
File No. 190164

Dear Judge Orenstein:

We represent defendants the County of Nassau, Det. Matthew Ross, Det. Charles DeCaro, Det. Ronald Lipson, Det. Thomas Dluginski, Det. George Darienzo, Det. Sgt. Richard Dorsi, Det. Rene Yao, and Det. Carl Strange (the "County Defendants") in this matter.

We consent to the relief Plaintiff requested in Docket Entry 73.

Thank you for your consideration of this matter

Very truly yours,

SOKOLOFF STERN LLP

Brian S. Sokoloff

cc: All counsel

**VIA ECF**