**ELEFTERAKIS ELEFTERAKIS & PANEK**

80 Pine Street, 38th Floor
New York, New York 10005
T. 212.532.1116 F. 212.532.1176

New Jersey Office
576 Main Street, Suite C
Chatham, New Jersey 07928

JOHN ELEFTERAKIS*
NICHOLAS ELEFTERAKIS
RAYMOND PANEK

OLIVER R. TOBIAS
JEFFREY B. BROMFELD
FAIZAN GHAZNAVI
GABRIEL P. HARVIS
BAREE N. FETT
STEPHEN KAHN
EVAN M. LA PENNA

KRISTEN PERRY – CONIGLIARO
AIKA DANAYEVA
ARIANA ELEFTERAKIS
MICHAEL INDELICATO
MICHAEL MARRON
DOMINICK MINGIONE
MARK NEWMAN
AGGELIKI E. NIKOLAIDIS
JOSEPH PERRY
MARIE LOUISE PRIOLO *
KEYONTE SUTHERLAND
WAYNE WATTLEY

*Also Admitted In New Jersey

September 22, 2020

BY ECF
Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Galloway v. County of Nassau, et al.*, 19 CV 5026 (AMD) (JO)

Your Honor:

I represent plaintiff in the above-referenced matter. I write on behalf of the parties to respectfully provide a status report in accordance with the Court's order dated April 2, 2020 and in advance of the status conference on September 24, 2020 at 9:30 a.m.

The parties have exchanged discovery responses and over 15,000 pages of records. Plaintiff has deposed two witnesses involved in the Nassau County District Attorney's re-investigation of his conviction and defendants are deposing plaintiff today. The parties have agreed on a deposition schedule for the remaining party and non-party fact witnesses in compliance with the governing scheduling order.

Thank you for your attention to this matter.

Respectfully submitted,

Gabriel P. Harvis

cc:    Defense Counsel