UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JOSIAH GALLOWAY,

                      Plaintiff,                      **ORDER**
                                                                     19-CV-5026 (AMD) (ARL)

      -against-

COUNTY OF NASSAU, et al.,

                      Defendant.
-------------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      Before the Court is the motion of the plaintiff, Josiah Galloway ("Galloway"), seeking to compel the defendant, County of Nassau ("County"), to produce policies and training materials regarding eyewitness identification procedures. According to Galloway, on November 2, 2020, he served the County with his Second Document Requests, which included requests for the County's policies and training materials regarding photo arrays and lineups (Request Nos. 57 and 68). Seventy-one days later, the County objected to the request as irrelevant and disproportional to the needs of the case. Nonetheless, after seeking two extensions of time to respond to the instant letter motion, the County has now advised the Court that on March 25, 2021, the County produced everything the Nassau County Police Department has available that is responsive to Request Nos. 57 and 68. Accordingly, the motion to compel is denied as moot.

Dated: Central Islip, New York                    SO ORDERED:
         March 30, 2021

                                                             _____/s_____
                                                              ARLENE R. LINDSAY
                                                             United States Magistrate Judge