UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOSIAH GALLOWAY,

                Plaintiff,

-against-

NASSAU COUNTY; THE INCORPORATED VILLAGE OF
HEMPSTEAD; Police Office STEVEN HOROWITZ, Shield
No. 144; Detective MATTHEW ROSS, Shield 834; Detective
CHARLES DECARO, Shield No. 1047; Detective RONALD
LIPSON, Shield No. 1296; Detective THOMAS
D'LUGINSKI, Shield 7900; Detective GEORGE DARIENZO,
Shield No. 1038; Detective KEVIN CUNNINGHAM, Shield
No. 112; Detective Sergeant RICHARD DORSI; Detective
CHARLES OLIE, Shield No. 1047; JOHN and JANE DOE 1-
20,
                Defendants,
-----------------------------------------------------------------X

Docket No.: 19-CV-5026
(AMD)(ARL)

**REVISED SCHEDULING ORDER**

LINDSAY, Magistrate Judge:

The following Revised Scheduling Order is adopted, after consultation with counsel for the parties, pursuant to Rules 26(f) and 16 of the Federal Rules of Civil Procedure:

| | |
|---|---|
| Designation of Rule 30(b)(6) Witness(es) of Defendant Nassau County by: | June 4, 2021 |
| Designation of Defendants' Expert Witnesses and Exchange of Reports by: | July 12, 2021 |
| Deposition of Rule 30(b)(6) Witness(es) of Defendant Nassau County by: | July 12, 2021 |
| Deposition of Non-Party Witnesses by: | July 12, 2021 |
| Depositions of All Expert Witnesses by: | August 31, 2021 |
| Date to take first step in Dispositive Motion Practice by: | September 30, 2021 |
| Joint Proposed Pretrial Order by: | October 29, 2021 |
| Final Pretrial Conference by: | |

This revised scheduling order will be modified by the Court only upon a timely showing of good cause. Any request for modification of this revised scheduling order must be in writing, and submitted in accordance with the undersigned's Individual Rules.

All parties are advised that they are under a continuing obligation to keep the Court apprised of any changes in their contact information including, but not limited to, their addresses.

Dated: Central Islip, New York
      May    2021

SO ORDERED:

HON. ARLENE R. LINDSAY
United States Magistrate Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Case No.: 2:19-cv-05026-AMD-ARL

Josiah Galloway,

        Plaintiff,

-against-

Nassau County; The Incorporated Village of Hempstead;
Police Officer Steven Horowitz, Shield No. 144, et. al.

        Defendants.

## REVISED SCHEDULING ORDER

**HARRIS BEACH PLLC**
*Attorneys for Defendants, The Incorporated Village of Hempstead, Police Officer Steven Horowitz, Shield No. 144, Detective Kevin Cunningham, Shield No. 112, and Detective Joseph P. Sortino*
The OMNI Building
333 Earle Ovington Blvd., Suite 901
Uniondale, New York 11553
Tel.: (516) 880-8484 Fax: (516) 880-8483

To Attorney(s) for

Certified Pursuant to Rule 130-1.1-a

William J. Garry, Attorney

Service of a copy of the within
Dated:

is hereby admitted.

Attorney(s) for

………………………………..

**PLEASE TAKE NOTICE**

☐ Notice of Entry
that the within is a (certified) true copy of a
entered in the office of the clerk of the within named Court on                2021

☐ Notice of Settlement
Dated:
that an Order of which the within is a true copy will be presented for settlement to the Honorable            , one of the judges of the within named Court,
at            on            2021, at    m.