UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSIAH GALLOWAY,<br><br>                        Plaintiff,<br><br>       -against-<br><br>COUNTY OF NASSAU, et al.,<br><br>                       Defendants. | NOTICE OF MOTION<br><br>19 CV 5026 (AMD) (JMW) |

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, Declaration of Gabriel P. Harvis and supporting exhibits, and upon all the prior pleadings and proceedings herein, plaintiff, by and through his attorneys, hereby moves this Honorable Court, the United States District Court for the Eastern District of New York, for an order disqualifying Sokoloff Stern LLP and granting such other relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Court's order dated July 16, 2021, opposition papers, if any, shall be served by August 16, 2021.

Dated:      July 19, 2021
               Briarcliff Manor, New York

                                                      **ELEFTERAKIS, ELEFTERAKIS & PANEK**

                                                        _____
                                                        Gabriel P. Harvis
                                                        Baree N. Fett
                                                        80 Pine Street, 38th Floor
                                                        New York, New York 10005
                                                        (212) 532-1116

                                                        *Attorneys for Plaintiff*

To:     Defense Counsel (by e-mail)