Page 1

1
2    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
3    - - - - - - - - - - - - - - - - - - -x
      JOSIAH GALLOWAY,
4
                    Plaintiff,      19 CV 5026
5                                   (AMD)(JO)
            -against-
6
     NASSAU COUNTY; THE INCORPORATED VILLAGE
7    OF HEMPSTEAD; Police Officer STEVEN
     HOROWITZ, Shield No. 144; Detective
8    MATTHEW ROSS, Shield No. 834; Detective
     CHARLES DECARO, Shield No. 1047;
9    Detective RONALD LIPSON, Shield No. 1296;
     Detective THOMAS D'LUGINSKI, Shield No.
10   7900; Detective GEORGE DARIENZO, Shield
     No. 1038; Detective KEVIN CUNNINGHAM,
11   Shield No. 112; Detective Sergeant
     RICHARD DORSI; Detective RENE B. YAO;
12   Detective CARL STRANGE, Shield No. 1225;
     JOHN and JANE DOE 1-20,
13
                    Defendants.
14   - - - - - - - - - - - - - - - - - - -x
     STATE OF NEW YORK
15   COURT OF CLAIMS
     - - - - - - - - - - - - - - - - - - -x
16   JOSIAH GALLOWAY,
17             Claimant,    Claim No.
                            132020
18       -against-
19   THE STATE OF NEW YORK,
20             Defendant.
     - - - - - - - - - - - - - - - - - - -x
21
               Virtual Zoom
22             New York, New York
23             September 11, 2020
               10:03 a.m.
24
25        VIDEOTAPED VIRTUAL DEPOSITION OF
     SHERYL ANANIA.

Page 2

1

2          **VIDEOTAPED VIRTUAL DEPOSITION of**

3     **SHERYL ANANIA**, on behalf of NASSAU

4     COUNTY, a Defendant in the above-entitled

5     action, held at the above time and place,

6     taken before Jennifer Brennan, a Notary

7     Public of the State of New York, pursuant

8     to Order.

9               *       *       *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 3

1
2     APPEARANCES:
3
      ELEFTERAKIS, ELEFTERAKIS & PANEK
4     Attorneys for Plaintiff
         80 Pine Street
5         38th Floor
         New York, New York 10005
6
      BY:     GABRIEL P. HARVIS, ESQ.
7
8     SOKOLOFF STERN, LLP
      Attorneys for Defendant - Nassau County
9     and Witness
         179 Westbury Avenue
10        Carle Place, New York 11514
11    BY:     BRIAN SOKOLOFF, ESQ.
12
      BEE READY FISHBEIN HATTER & DONOVAN
13    Attorneys for Defendants - Village of
      Hempstead and the Village of Hempstead
14    defendants
         170 Old Country Road
15        2nd Floor
         Mineola, New York 11501
16
      BY:     ANDREW K. PRESTON, ESQ.
17
18    NEW YORK STATE ATTORNEY GENERAL'S OFFICE
      Attorneys for Defendant - State of New York
19        300 Motor Parkway
         Suite 230
20        Hauppauge, New York 11788
21    BY:     ANTONELLA PAPALEO, ESQ.
22
23    ALSO PRESENT:  ADAM VENTURINI,
                     VIDEOGRAPHER
24
25
                  *     *     *

```
 1                    S. Anania
 2        on the phone with Judge Horenstein
 3        and see how he feels about that.
 4        Q      So Ms. Anania --
 5        A      Anania.
 6        Q      I'm sorry, I told you -- so my
 7   question to you is, did Jorge Anyosa tell
 8   you how he knew that Wilmer Hernandez had
 9   identified Josiah Galloway?
10        A      I would be guessing.  I don't
11   have a recollection of it at this point.
12        Q      But you put in your notes, that
13   the officer told him?
14        A      I did not put in my notes that
15   the officer told him that Wilmer
16   Hernandez had identified --
17        Q      Well, let's look.  Well, you
18   wrote here, "After he ID'd the photo in
19   the array, the detective told him he ID'd
20   the right person"; right?
21        A      Right, that's what I wrote.
22        Q      In your understanding of
23   identification procedures, is that
24   permissible?
25                    MR. SOKOLOFF:  Objection.
```

```
 1                    S. Anania
 2        Don't answer it.
 3                MR. HARVIS:  Why?  What's the
 4        basis of that objection?
 5                MR. SOKOLOFF:  Work product.
 6        Q     I'm not asking the function
 7   of -- I'm just asking whether or not in
 8   your view, it is permissible for a
 9   detective to tell a crime victim that
10   they identified the right person?
11                MR. SOKOLOFF:  When you say,
12        "permissible," you mean legal?
13                MR. HARVIS:  Constitutional.
14                MR. SOKOLOFF:  She's not here
15        for that, no, I'm objecting to it.
16        It's work product.
17                MR. HARVIS:  It's work product
18        whether or not a police officer may
19        tell a crime victim whether or not
20        they identified the --
21                MR. SOKOLOFF:  Yes, it's her
22        work product, yes, it is.  She's an
23        attorney.
24                MR. HARVIS:  So therefore every
25        question posed to her is work
```

Page 80

                      S. Anania

1
2       product.
3              MR. SOKOLOFF:  That's
4       ridiculous.  She's answered just
5       about every question here.  She can
6       answer fact questions, what she did,
7       what she heard, what she said.
8       Q    As a matter of fact --
9              MR. HARVIS:  And I don't want
10      to have anymore speaking objections
11      or I'm definitely going to call the
12      court.  I'm just telling you that --
13             MR. SOKOLOFF:  It's not a
14      speaking objection.  You asked for
15      the basis of the objection and the
16      instruction not to answer, if you
17      don't want me to explain why, I won't
18      explain it.
19             MR. HARVIS:  Okay, I don't want
20      to you explain why.
21             MR. SOKOLOFF:  Okay.
22      Q    So what I'm asking is a factual
23      question, about whether or not it is
24      proper and constitutional, for a police
25      officer to tell a crime victim, that they

```
                                            Page 81

 1                 S. Anania
 2    have identified the right person?
 3              MR. HARVIS:  And, Brian, you're
 4          instructing her not to answer?
 5              MR. SOKOLOFF:  Yes, sir.
 6              MR. HARVIS:  We'll mark that
 7          for a ruling and we'll finish doing
 8          the deposition and we'll call Judge
 9          Horenstein and find out if that's a
10          question that needs to be answered.
11          Q     Okay.  Going back to my initial
12    question, did you -- did you make any
13    official report regarding Anyosa's
14    allegation that he had been told that he
15    picked the right person?
16          A     No.
17          Q     Did Anyosa tell you how he knew
18    that Wilmer Hernandez had ID'd Josiah
19    Galloway?
20              MR. SOKOLOFF:  Objection, asked
21          and answered.  You can answer again.
22          A     I don't know.  I can't
23    remember.
24          Q     Okay.  But he told you that
25    someone had told him that; right?
```