```
                                                          Page 1
 1
 2    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK
 3    ------------------------------------------X
      JOSIAH GALLOWAY,
 4
                                      PLAINTIFF,
 5
                -against-
 6
                                      19 CV 5026(AMD)(JO)
 7
      NASSAU COUNTY; THE INCORPORATED VILLAGE OF
 8    HEMPSTEAD; POLICE OFFICER STEVEN HOROWITZ,
      Shield No. 144; DETECTIVE MATTHEW ROSS,
 9    Shield No. 834; DETECTIVE CHARLES DECARO,
      Shield No. 1047; DETECTIVE RONALD LIPSON,
10    Shield No. 1296; DETECTIVE THOMAS
      D'LUGINSKI, Shield No. 7900; DETECTIVE
11    GEORGE DARIENZO, Shield No. 1038; DETECTIVE
      KEVIN CUNNINGHAM, Shield No. 112; DETECTIVE
12    SERGEANT RICHARD DORSI; DETECTIVE RENE B.
      YAO; DETECTIVE CARL STRANGE, Shield No.
13    1225; DETECTIVE JOSEPH P. SORTINO; JOHN and
      JANE DOE 1-20,
14
                                      DEFENDANTS.
15    ------------------------------------------X
16
17                     DATE: November 16, 2020
18                     TIME: 2:08 P.M.
19          DEPOSITION of the Defendant,
20    MATTHEW ROSS, taken by the Plaintiff,
21    pursuant to a Notice and to the Federal
22    Rules of Civil Procedure, held via Veritext
23    Virtual Zoom at the above date and time,
24    before Cathy Leone, a Notary Public of the
25    State of New York.
```

```
 1
 2     A P P E A R A N C E S:
 3
 4     ELEFTERAKIS, ELEFTERAKIS & PANEK
          Attorneys for the Plaintiff
 5        JOSIAH GALLOWAY
          80 Pine Street, 38th floor
 6        New York, New York 10007
          BY: BAREE N. FETT, ESQ.
 7        bfett@elefterakislaw.com
 8
 9     SOKOLOFF STERN LLP
          Attorneys for the Defendants
10        NASSAU COUNTY, POLICE OFFICER STEVEN
          HOROWITZ, Shield No. 144; DETECTIVE
11        MATTHEW ROSS, Shield No. 834; DETECTIVE
          CHARLES DECARO, Shield No. 1047;
12        DETECTIVE RONALD LIPSON, Shield No. 1296;
          DETECTIVE THOMAS D'LUGINSKI, Shield No.
13        7900; DETECTIVE GEORGE DARIENZO, Shield
          No. 1038; DETECTIVE KEVIN CUNNINGHAM,
14        Shield No. 112; DETECTIVE SERGEANT
          RICHARD DORSI; DETECTIVE RENE B. YAO;
15        DETECTIVE CARL STRANGE, Shield No. 1225;
          DETECTIVE JOSEPH P. SORTINO
16        179 Westbury Avenue
          Carle Place, New York 11514
17        BY: BRIAN S. SOKOLOFF, ESQ.
          bsokoloff@sokoloffstern.com
18
19
       BEE READY FISHBEIN HATTER & DONOVAN, LLP
20        Attorneys for the Defendant
          THE INCORPORATED VILLAGE OF HEMPSTEAD
21        170 Old Country Road, Suite 200
          Mineola, New York 11501
22        BY: ANDREW K. PRESTON, ESQ.
          Apreston@beereadylaw.com
23
24     ALSO PRESENT:
          VERITEXT LEGAL SERVICES
25        BY: EDAN COPE, Videographer
```

```
                                              Page 29
 1                     M. ROSS
 2              By the time you retired in
 3      2017, approximately how many lineups have
 4      you conducted?
 5           A.    I don't know.
 6           Q.    More than 25?
 7           A.    Definitely more than 25, but I
 8      don't remember how many.
 9           Q.    Was it more than 100?
10           A.    Again, I don't remember how
11      many.
12           Q.    Now, did you ever receive any
13      training on how to conduct a lineup?
14           A.    Yes.
15           Q.    Did you receive training on
16      conducting a lineup while you worked at
17      NYPD?
18           A.    No.
19           Q.    So was your training from
20      Nassau County?
21           A.    Yes.
22           Q.    I'm just asking for an
23      approximate time period.
24                 When did you receive that
25      training?  Was it when you first came on as
```

|    |                                                      |
|----|------------------------------------------------------|
| 1  | M. ROSS                                              |
| 2  | an officer, was it later in your career or           |
| 3  | something else?                                      |
| 4  |     A.    It was several times.                      |
| 5  |     Q.    Approximately when was the                 |
| 6  | first time you received the training?                |
| 7  |     A.    In the police academy.                     |
| 8  |     Q.    Do you remember what that                  |
| 9  | training was like?  Was it like classroom            |
| 10 | training, was it on-the-job training or              |
| 11 | something else?                                      |
| 12 |           MR. SOKOLOFF:  Objection.                  |
| 13 |           You can answer.                            |
| 14 |     A.    Classroom.                                 |
| 15 |     Q.    You said classroom?                        |
| 16 |     A.    Yes, classroom.                            |
| 17 |           MR. SOKOLOFF:  Just pause                  |
| 18 |      before you answer and give me a                 |
| 19 |      chance to object, please.                       |
| 20 |           THE WITNESS:  You got it,                  |
| 21 |      Brian.                                          |
| 22 |     Q.    What do you remember from that             |
| 23 | training?                                            |
| 24 |           MR. SOKOLOFF:  Objection.                  |
| 25 |           You can answer.                            |

```
                                         Page 31
 1                    M. ROSS
 2        A.    Just that it was classroom
 3   instructions and what a lineup was and how
 4   they wanted it conducted in Nassau County.
 5        Q.    Okay.  This might make it
 6   easier.  Instead of parsing out when you
 7   received what training, just generally, in
 8   your training at Nassau County, what do you
 9   remember being taught in connection with
10   lineups?
11              MR. SOKOLOFF:  Objection.
12              You can answer.
13        A.    The first time I received the
14   training was from Detective Lieutenant
15   Fleming in the police academy, and he was
16   also the man who taught me when I went to
17   the Eighth Squad.  He was also my
18   supervisor or commanding officer.  He was
19   the former commanding officer of Robbery
20   Squad, and he sat with all of the
21   detectives and went through how lineups
22   would be conducted.
23        Q.    And what specifically did he
24   tell you about how lineups should be
25   conducted?
```

```
                                                     Page 32
 1                      M. ROSS
 2              MR. SOKOLOFF:  Objection.
 3              You can answer.
 4        A.    That when we run lineups in
 5   Nassau County, it is always in a seated
 6   position.
 7        Q.    Okay.
 8        A.    We make the height to be
 9   exactly the same height when people are
10   sitting.  We use sheets in front of the
11   defendant and all of the fillers, so you
12   can't see anything they are wearing and
13   that the only thing that's really shown is
14   that they will have a number on -- usually
15   it is on their lap, and again, then he went
16   over different specifics in lineups, but
17   basically that was what we were taught.
18        Q.    Okay.
19              Were you taught anything about
20   the participants in the lineup wearing
21   hats?
22        A.    When?  When I first learned it
23   or as I was going through the, you know,
24   other trainings?  What part are you asking
25   for?
```

```
                                              Page 33
 1                    M. ROSS
 2        Q.     That's a good question.
 3               I guess really at any point in
 4   your training, did the subject of
 5   participants wearing hats come up?
 6        A.     Yes.
 7        Q.     What were you told about that?
 8        A.     Again, when I went to the
 9   Eighth Squad, Detective Lieutenant Fleming
10   made us run lineups even on minor, minor
11   case so we were familiar on how to do them,
12   and that is one of the things that he
13   brought up, that sometimes in certain cases
14   people can change their appearances and the
15   goal of the lineup is to make it as fair as
16   we can for the defendant and to try the
17   best to make everybody look the same.
18        Q.     So how would that involve hats?
19        A.     Well, like I said, in some
20   cases people could change their
21   appearances, so if that's a scenario where
22   someone changed their appearance, and it is
23   not possible to -- not really possible --
24   probable to do that lineup that way, then
25   you would try to make it uniformity where,
```

Page 34

1  M. ROSS
2  again, if you had put hats on somebody to
3  try to make everybody look the same, that's
4  what we would do.
5      Q.   Okay.
6           When you say try to make
7  everyone look the same, are you trying to
8  make everyone in the lineup look like the
9  suspect or look like the description, or
10 what is everyone supposed to look like?
11          MR. SOKOLOFF:  Objection.
12          You can answer.
13     A.   We are trying to make everyone
14 look the same, so it is as fair as it can
15 be for the defendant.
16     Q.   Now, in your experience
17 conducting lineups, did you ever conduct a
18 lineup with the suspect's criminal defense
19 attorney present?
20     A.   Many times.
21     Q.   And in your experience, would
22 the defense attorney be part of the
23 prepping for the lineup and getting it set
24 up?
25          MR. SOKOLOFF:  Objection.