STATE OF NEW YORK
COURT OF CLAIMS

---------------------------------------------------------------X

JOSIAH GALLOWAY,

                              Claimant,

       -against-

THE STATE OF NEW YORK,

                              Defendant.

---------------------------------------------------------------X

**AFFIDAVIT**

Claim No. 132020
Returnable before:
Hon. Gina M. Lopez-Summa

STATE OF FLORIDA   )
                           )SS:
COUNTY OF PINELLAS)

      LORI MAGLIARO, being duly sworn deposes and states the following to be true under the penalties of perjury:

      1.     I am voluntarily coming forward to give this affidavit because it is true and because I further believe that no one should testify untruthfully under oath.

      2.     I believe in the Rule of Law and that perjury destroys the law, makes a mockery of it and undermines our system of justice.

      3.     I am making this affidavit *pro bono publico*, without compensation of any kind and with no promises of future consideration of any kind.

      4.     I initiated this contact with Thomas F. Liotti, Esq., one of Mr. Galloway's former attorneys and he has agreed to represent me *pro bono publico* on this matter. He has assisted me in the preparation of this affidavit. My address and phone number are being withheld due to my

fear of retribution by the person against whom I am giving this affidavit, to wit: Matthew Ross (56), a retired Nassau County Homicide Detective.

5. Mr. Ross and I lived together for two years, from approximately August, 2018 to November of this year. Because of a pattern of lies and deceit by him culminating in his testimony in an Examination Before Trial on or about November 9, 2020 I elected to leave him.

6. We were never married but Mr. Ross privately shared with me the details involving his roles in the arrest, processing and prosecution of Josiah Galloway, who as I understand it was wrongfully incarcerated for more than ten years.

7. If afforded a copy of his transcripts, I will be able to pin point exactly where he lied in the EBT and Municipal Law Hearing.

8. Mr. Ross told me that Josiah Galloway did not match the description given to them by the victim of the assailant. He told me that his hair was different and they (the police) used clippers on his hair in order to make him look more like the assailant. They contrived a line-up where Josiah wore a baseball cap to conceal the difference in hair and since his height was not the same as the assailants, they made adjustments on that as well to make Josiah look taller.

9. I was present for Mr. Ross' EBT and after it, I told him that he lied under oath, that we could no longer live together and I then moved out.

10. I am willing to cooperate in any further investigation of this matter because I truly cannot believe that a Police Detective, sworn to uphold the Constitution and protect all of us, would engage in this kind of knowing and deliberate misconduct which deprived a young man of his youth for more than 10 years, caused him to be confined in the dangerous New York Prison

system where he was deprived "life, liberty and the pursuit of happiness."

_____
LORI MAGLIARO

Sworn to before me this 4th
day of ~~December~~ January, 2020

_____
Notary Public

EDWARD JOHANNES JOOS IV
Notary Public - State of Florida
Commission # GG 293844
My Comm. Expires Feb 9, 2023
Bonded through National Notary Assn.

3