LAW OFFICES OF
# THOMAS F. LIOTTI, LLC

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530

--------

TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI◇

LUCIA MARIA CIARAVINO*
*Also Admitted in CT

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

February 23, 2021

SENT VIA E-MAIL

Brian Sokoloff, Esq.
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, New York 11514

      RE:    Galloway v. Nassau County
                Your Client: Matthew Ross

Dear Brian:

    Your client's conduct is harassing, bizarre and defamatory. He must immediately stop or we will file a complaint with the District Attorney's Office and seek a protective order. I am enclosing some of his e-mails to my client. Let me know.

                                    Sincerely,

                                    Thomas F. Liotti

TFL:el

cc:    Ms. Lori Magliaro

◇Fellow, American Board of Criminal Lawyers

# Fwd: Family no

From: Lori Magliaro (lmag7778@icloud.com)

To: eluxmore@yahoo.com

Date: Sunday, February 21, 2021, 11:09 AM EST

Tom,

I received this today Sunday morning. He continues to try and make me out to be uncredible, and a person that I clearly am not and this is totally irrelevant to the Galloway case and my affidavit. He is belittling me and ruining my character. He apparently digging up this history from my vehicles registrations and life in general. How he is doing this I have no idea. I have nothing to hide and I will not let him to continue to try and destroy me as aperson, nor my family and close friends that have helped me and my children throughout the years. As far as him mentioning Karen Hernandez in this email. That is the ex gf that has contacted me regarding his abuse to her and his narcassistic behavior thru the years. Hes trying to get the focus off of him and onto me. Hes jealous of my relationships in my life and trying to destroy me and my mentality by creating a story that is untrue and exaggerated. He laughs at me and posts public posts on fb clearly intended toward me. Please let me know your thoughts and how we can proceed with protecting me. Im depressed and trying to focus on my career and just everyday life and he continues to abuse me to the point I cant focus. He is the liar here, always has been, and I stand my ground for defending that boy that suffered because of his misconduct. Unfortunately, this was expected of him to try and damage my character. Im mentally exhausted and so is my family. Thank you Tom.





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139   ✉ lmag7778@icloud.com   🖥 lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** February 21, 2021 at 9:02:01 AM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>, crider5344@gmail.com, cliftonrider@yahoo.com, crider@hotmail.com
> **Subject: Family no**

1  I had both of my kids in Florida this week at the house and what a great week it was. I hated leaving them
2  and you know I feel bad even when I leave Wilson. To think my daughter canceled coming last Fathers
3  Day because of you. I allowed it and it makes me sick to my stomach I did. I was worried because you
4  kept saying what were you going to do for a week alone. So typical only worried about yourself! Pure
5  selfishness on your part. I shouldn't have cared what you were going to do and let you go see your looser
6  friend Lois!!! Birds of a feather flock together. I realized this week that family is all that counts. The time
7  with you all you cared about was time with your family and not mine. Shame on me for allowing that.
8  Typical women not caring about the mans children. That is what brings me to you. I realized this week I
9  don't know how you ever left your kids when they were young. I might be a lot of things, but I am and I
10  always will be the best dad ever. I stayed in a shit marriage for 24 years so I wouldn't be without my kids.
11  You on the other hand left your marriage for an old boyfriend (AKA Painter Boy & stain man )and didn't
12  care about your young children at all. Let's go over some facts. According to the facts you first arrived in
13  Florida after your second bankruptcy in July 2009. That was a lie you told me you had one bankruptcy but
14  you had two. My report proves that liar should be your middle name. You profess to tell the truth but most
15  often you lie. You hide behind your fake faith which is a joke. That explains a 480-500 credit score which
16  you usually have. 51 year old female and she needs her son to co-sign for a lease vehicle. Pathetic!! Most
17  parents need to co-sign for there kids but not Lori. When you decided to leave you needed your 17 year
18  old son to give you money to go. You have no shame!! More Pathetic!!! We will get to the co-signers on
19  your last 3 cars in a bit. Four kids four losers. Two still live with 90 year old Mommy and pay nothing while
20  the other two don't have $20 in there pockets. You wrote to me last week that if anything happens where I
21  can't take care of Wilson to make sure you get him. First off Wilson will always be with me. Secondly you
22  hated Wilson. Your son Michael told me that you were jealous of Wilson that I loved him more then you!! I
23  DID. I ALWAYS LOVED HIM MORE THEN YOU. Third you can't afford to put gas in your car and take
24  care of yourself, how would you take care of Wilson. You will Never see Wilson again!! Deep down inside I
25  no you could careless about ever seeing him again. All talk!!!Yes I found out that Brad co-signed for you. I
26  have all the details. Plus your friend Carolyn has a big mouth. You first show that your with painter boy at
27  his house in Belleview ( How ironic that name with Bipolar/ schizophrenia/ painter boy Belleview )living in
28  Belleview in Feb of 2010. So you move to Florida with Ashley, Scotty and Michael. You leave Brad to fend
29  for himself in his Senior year of High School. Nice move mommy dearest. Your oldest and first to finish HS
30  and he's on his own!!! You told me that he was getting in a lot of trouble also. Where was Mommy during
31  this in Florida with her boyfriend!! Bravo Lori!!! Ashley's 15, Scottys 10 and Michael 7. Ashley doesn't stay
32  long and goes back to live with your parents or a friend I can't remember what you told me. Nor do I really
33  care where she went. You let your only daughter leave ( mother of the year) Scotty and Michael live with
34  you for a couple of years and you then allow them
35  To move back to NY as very young boys. They moved in with there father. There father has a long history
36  of drug abuse as per you. You told me he used drugs since HS and all of your marriage to him.He grew up
37  in a house where his mother bartended and was never home and his father worked for Bear Sterns. You
38  told me there marriage and family life was terrible and that's how he grew up. You told me he did drugs
39  your entire marriage. Think of that Lori you let two little boys go live in NY with an addict and his girlfriend.
40  If I'm not mistaking that girlfriend eventually died of an overdose you told me. Unreal what kind of
41  MOTHER you are.
42  NO Normal caring and loving mother would EVER do this. I guess it was easier to be with drop out HS
43  stain man with no kids bothering you. I know you eventually go back to NY and live with everyone. Mom &
44  Dad in the basement and then with your sister. Well we know your sister didn't want you your brother had
45  to convince her to take you in. I know this because you told me this. As things would happen your drug
46  addict X has a search warrant conducted at his home. Your two small children are living at this home
47  because you allowed it. Shame on you Mommy!!! What does the mother of the year do. She brings the
48  boys back to Florida with her. I'm sure High School Drop out was happy at this point! Time goes by and
49  what do you do? Your Drug addict X goes to prison, gets clean, has a new

50  Boo and you again allow your boys to move back with him to NY. Scotty was going into his Senior year
51  and Michael 9th grade, 14 years old Lori!! You need your head examined for allowing this. What mother
52  allows her boys to not only move once but twice in with there drug addict father. Answer Mommy of the
53  year Lori!!! We now know because I was with you at this point and your X is again having relapses with
54  pills and your youngest son is his babysitter. PATHETIC!!!! Pathetic you allow your youngest son to still
55  stay and live with this addict to this day while this is happening. Not to mention the home they lived in was
56  flea infested. Remember Wilson and your son had flees from staying there. Michael had flea bites all over
57  his legs when he came to stay with us in Florida on vacation. How in good conscious do you sleep at
58  night. Well I slept next you for 2.5 years and you slept like a baby. No worries at all. PATHETIC!!! Do you
59  remember how Michael freaked out when we drove him home one night and the cops where parked in
60  front of his house. Do you remember the fear/ Panic in his voice and his reaction. .I remember it very well!!
61  He almost wet himself he was so scared!!!You allowed that to happen to him. You allowed him to live in an

unsafe and criminal environment. You still allow this today. Shame on you! These are the facts Lori. You try and make up for it with them. I watch you with them but the truth is you know what I'm saying is true. You know you left them and struggle with it. I've seen it in your face. You deserve the guilt for what you have done to them allowing this. Remember Lori words to live by THE TRUTH WILL SET YOU FREE. LMFAO!!!! What will happen some day is your children will have kids and that's when they will know what a POS mother they have. They will feel the love for a child like no other love there is in this world, that they don't know right now. They then will question how did my mother ever move away from us and allow us not to live with her. So the next time you are standing in front of the mirror, brushing your fake hair extensions, putting on your fake eye lashes, fake nails and fake face look at yourself and know what garbage you are. BTW I'm surprised you never tried to get fake boobs out of me. I bought them For Karen and they were alot of fun to play with. Like speed bags in the gym!!! Speaking of Karen. I met her way to early being separated. Should have married her. She wanted to in the worst way. It was way to soon and I never wanted to get married again. I should have remembered that with you when we got engaged. Another big diff between you and her was she had as much skin in the game as I. Unlike you who showed up with her clothes in her and trunk and nothing but debt. She has more class in her big toe then you do in your entire body. Why don't you ask painter boy, Bipolar, skitzo HS drop out man if he would have ever left his daughter, with a drug addict mother, and moved away with you to another state. I don't know him and I think he's a total sap but even as mentally sick you say he is ,his daughter Mother and father are too I'm sure he would NEVER leave his daughter like you left your kids. That says a lot!!! The funny thing is I've told this to so many of my guy friends wives what you did. I told them about you leaving your kids and pawning my engagement ring and then again lying to me about it. Every single women said you were total garbage. Every single one told me I was a fool for ever talking to you again. The problem was I loved you. Why I don't know. I had friends down in Jan that told me you must have loved her crazy because you would have never put up with that shit years ago. The funny thing is when you told my sister your bullshit life story at the Met game that night my sister called me the very next day. She told me to RUN!! My Sister said no good mother ever leaves or let's her young kids leave her for ANY reason. Especially to go and live with a proven drug addict. My sister too told me you were a POS. She was right for sure. That's why when my sister came to visit last May at MY house in the villages she couldn't stay. She told me the next day she couldn't stand looking at you. She told me then again you were nothing but a fake lying scammer. How right she was again. I tried to defend you to her but my sister said no way. She said I know you love her but you will be sorry with her, she's no good. She again told me to run. I was told by someone that you are like an addiction to me. It's so TRUE!!! I never looked at it that way but it's true. The good thing now is the addiction is finally gone. Cold sober is the only way to go. Cut the CANCER out. Trying to forget about you has been the hardest thing I've ever had to do. I met someone who I've been blowing off. I told her I was was so still in Love with you and couldn't stand being with anyone else. NO MORE!!! Time to move on to better things. I know I will be happy again. Hopefully I will meet someone and get married at some point and living life again. You on the other hand are right back where you were 11-12 yrs ago living with stain boy. Living in his Bi-Polar house with his Bi-polar family. The one thing I do know is your not sleeping with him. I know you told me how gross and sickening he makes you feel. I really feel sorry for you but that's your choice. You need to be somewhere where everything is paid for you. Must suck living like that. I once asked you why you and him never got married. You told me you would never marry a Bi-Polar freak looser like him. You also told me you couldn't stand his Bi-Polar daughter either.Talked about how crazy she was and his mother and father were too. Funny all the daughters you don't like. My daughter hated you from the day she met you. Called you nothing but a Bim at 50 trying to be 30. To think I allowed you to get between us. Shame on me!!!Maybe you should marry the sap then all your bills will be covered. The funny part is drop out boy thinks your back for good. You use him like you use everybody!! You use to tell me what a Dick he is and how you couldn't stand to look at him and that he disgusted you. Now your back living in his house. LMAO. Well at least you know he hasn't been with anyone. You said to me he could never perform and be with anyone. LMAO!!! Don't forget you told me he threw you against the wall, threatened you, flipped over a desk and then cried please not to take or hurt his buisness. He tries to say that he's a savior of you in an abusive relationship. What a fucking joke that and he is. This is the same person you stole 10,000 from and asked me told hold 5,000 when I first met you. This is the same person you tried to steal all is clients when you lived with me. I helped you fill out all the cards in my dining room that you mailed to his clients from your computer. You had my info from when he did my driveway with Karen in your computer.. You told me you told him you didn't have all of his clients info but you did. Lying once again!!! You are nothing but a lying snake. Make sure you tell Cliff the truth because I will. Remember miss holy roller who hides behind her bullshit faith THE TRUTH WILL SET YOU FREE( I love that saying) Make sure you tell him how much you use to talk about his Bi-Polar daughter and how fucked up she is. We even laughed about Her ever having a kid eventually and how he or she would be with all that mental illness in that family. I had to laugh my ass off when Cliff sent me that picture of you holding his grand kid. All i kept thinking about is that gene pool. See Now if your totally honest you will show Cliff this entire email. Stain boy will know if you said these things

1. because how would I know any or all of this without you telling me if there true. I would never know there
2. mental status if you didn't bad mouth them all the time to me. Matter of fact I'm going to CC stain man this
3. email, maybe his daughter too they should know the truth what you think of them and how you bad mouth
4. them to me. Maybe everything you told me was a lie. I don't know and could careless anymore. Your
5. family hates him. Your kids hate him. Your Aunt and Uncle hate him but what the hell they hate
6. everyone.Nice way to live. Cliff doesn't know it but you'll leave soon when you find someone else to take
7. care of you. He's such a sap and waites for you to come back. He has no idea you will never be with him
8. again. I wonder how he feels other men have been there, done that, finished and he will never have it
9. again. At that point who would want to. Cliff should know how many others. Tell him to ask you about
10. Roger Laberge!!! Better him then me. Lastly you wrote to me in an email a week or two ago that the man
11. you fell in love with wasn't real. He doesn't exsist. I want you to know I'm very real and do exist!! Thank
12. god I'm done with the Lori Addiction. BTW just thought let's get back to the last three co signers of your
13. cars. You told me that Cliff co-signed for your car when I met you. Your 2016 grey Hyundai. That was a lie.
14. Roger Laberge co -signed for the car from Ocala and Long Island. He's an Oceanside guy and Ocala. The
15. car was leased on 6/2016. You must have been doing him while you were with Cliff for the last two years.
16. He's a Farrells guy. No one is going to co-sign for you on a car unless he's doing you or family! Proof in
17. point 2020 Hyundai Brad co-signed and co -Registrent family. 2018 Hyundai I signed and co-Registrent
18. and Lover .2016 Hyundai Roger Laberge co-signed and co-registrent what is he Lori LOVER.??? Your
19. Lover while you were with Cliff living in his home. DISGUSTING!!! Cliff is a sap but Tell Cliff I will gladly
20. show him all the paperwork from the lease of you and Roger Laberge. Cliff should know that you fooled
21. around on him while you lived in his home. NICE miss Holy Roller. The funny part is you use to go
22. through my cell all the time. I knew it but didn't care. I would leave it on purpose and put it down In a
23. certain way and it would be moved. Pathetic!!! I'm not perfect but I would have NEVER cheated on you
24. EVER. Now I know why. The people who think someone's fooling around on them are usually the ones
25. doing it. I realized this and went and got tested!!!!!!!!! At this point I could careless I'm done with you. You
26. are all over Laberges Facebook too. Remember Lori tell Cliff the truth because theTRUTH SHALL SET
27. YOU FREE. We were engaged in August of 2019 and your on Laberges Facebook page liking
28. everything. Go ahead and look quick Cliff on Roger Laberge facebook page because I'm sure she will go
29. back and erase everything real quick. She use to do it to me all the time. You are the biggest Facebook
30. snake going. You like to post religion and hide behind ityour a hypocrite.I hope Cliff knows you lie a lot. But
31. really Cliff he's a dope. Lori this is goodbye forever and good ridens. I wish you well. Every single email
32. and text I've sent you since you left has been the truth. EVERY ONe!!! I have never loved someone like
33. I've loved you. I still Love you and probably will always have some love for you. Take care of yourself!!!!
34. Remember Lori " The truth shall set you free"" Everything I've written in this email you or your kids told me
35. or I have first hand knowledge and witnessed it!!!!
36. I wasn't going to send this email until I received all those texts from Cliff this morning. Sad, sad you guys
37. have nothing better to stalk my Facebook.

Sent from my iPhone

Fyi...texts from Matt Ross today 2/10/21

From: Lori Magliaro (lmag7778@icloud.com)
To: eluxmore@yahoo.com
Date: Wednesday, February 10, 2021, 06:36 PM EST

Hi, Just wanted you to see what he is currently sending me even after our telephone conversation today. Will keep u updated.
Thank you,

4:56

< Inbox    3 Messages

Lori I know I've made so many mistakes. I'm so sorry for everyone of them. I'm trying everyday to be. A better person. I pray everyday asking for forgiveness. I'm begging you with everything I have to forgive me. Please Lor. I know your mad and have every right to be. I also know your a forgiving person and I'm asking for that forgiveness. I promise you Lori on my children I will not disappoint you. I realize

now all I care about is you. Yes I'm an idiot at times but know one thing in my life and thats I'm madly in love with you. I've had a lot of time to soul search. My life is meaningless without you. I'm asking you from the bottom of your heart to try one more time to love me. All I want to do is make up for every wrong I did to you. I want to spend the rest of my life doing nothing but loving you. I know we

   

4:57  

 **3 Messages**  

me. All I want to do is make up for

every wrong I did to you. I want to spend the rest of my life doing nothing but loving you. I know we can get through anything together. Lor I'm broken without you. I've NEVER loved someone like you. Yes I've fucked up but one thing I know is my love for you is stronger today then ever. I will do whatever it takes to make everything right with everyone. I know you love Wilson. He loves you too. I would never get rid of him. He's the only thing that has kept me alive Lori. Trust me!!! Please Hon. I'm begging you to give me one more chance. The tears are rolling down my face as I write this. I Love you Lori Magliaro. I love you more then

Lori Magliaro. I love you more then you can ever imagine. Please Lor call me. Please!!! 🖤🖤🖤🖤

Sent from my iPhone



I miss you terribly beautiful lady.🖤

Today 1:14 PM

Please come home to your

boys!!! 🖤 🐶

Hey Lor. Are you ever going to allow me to talk to you. 🙏

Today 3:39 PM

Can I call you Lor! 🖤

I won't until you say it's ok

I don't want to get you mad ever again

BTW I used your moms address for you on Ins policy. I refused to use Belleview address

  iMessage 

6:26 





Matt Ross

Yesterday 5:21 PM



> Hey Lor. Honestly do you like that we are no longer together!



> Your Fur baby misses you terribly. I play a video I have with your voice and he runs around looking for

ne runs around looking for you. 🐶 💔 🙂

Yesterday 8:24 PM



6:27

 1


Matt Ross ›

I know I'm asking a lot. I know I don't deserve it.
But I'm asking you to find

But I'm asking you to find that small piece in your heart that fell In love with me. Lor I will never disappoint you again. I'm so crazy in love with you. I can't function. I think of you 24/7. I wake up every night since you left. Can't sleep. I'm crazy about you Lor. I will go see anyone and everyone for us. Please Lor I'm begging not to give up on me 🖤🖤

Lor I know your thinking I've promised before and I have. It's diff this time babe. I've never been more serious in my life. I just want to sit down with you

and explain everything. I want to go over everything

  iMessage 

4:57

‹ Inbox          3 Messages          ⌃ ⌄

me. All I want to do is make up for every wrong I did to you. I want to spend the rest of my life doing nothing but loving you. I know we can get through anything together. Lor I'm broken without you. I've NEVER loved someone like you. Yes I've fucked up but one thing I know is my love for you is stronger today then ever. I will do whatever it takes to make everything right

It takes to make everything right with everyone. I know you love Wilson. He loves you too. I would never get rid of him. He's the only thing that has kept me alive Lori. Trust me!!! Please Hon. I'm begging you to give me one more chance. The tears are rolling down my face as I write this. I Love you Lori Magliaro. I love you more then you can ever imagine. Please Lor call me. Please!!! 🖤🖤🖤🖤

Sent from my iPhone

   

4:56



LIOTTI00015   10/12

 

**3 Messages**

Lori I know I've made so many mistakes. I'm so sorry for everyone of them. I'm trying everyday to be. A better person. I pray everyday asking for forgiveness. I'm begging you with everything I have to forgive me. Please Lor. I know your mad and have every right to be. I also know your a forgiving person and I'm asking for that forgiveness. I promise you Lori on my children I will not disappoint you. I realize now all I care about is you. Yes I'm an idiot at times but know one thing in my life and thats I'm madly in love with you. I've had a lot of time to soul search. My life is

meaningless without you. I'm asking you from the bottom of your heart to try one more time to love me. All I want to do is make up for every wrong I did to you. I want to spend the rest of my life doing nothing but loving you. I know we

   

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139   ✉ lmag7778@icloud.com   🖃 lori-magliaro.remax.com
📍 13949 N. US Hwy 441, The Villages, Fl 32159

## Fyi ..texts today 2/10/21

| | |
|---|---|
| From: | Lori Magliaro (lmag7778@icloud.com) |
| To: | eluxmore@yahoo.com |
| Date: | Wednesday, February 10, 2021, 06:39 PM EST |









  



**Lori Magliaro**
Realtor®

**Re/Max Premier Realty**

📞 631-599-4139   ✉ lmag7778@icloud.com   🖥 lori-magliaro.remax.com
📍 13949 N. US Hwy 441, The Villages, Fl 32159

