LAW OFFICES OF

## THOMAS F. LIOTTI, LLC

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530
————
TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✦

LUCIA MARIA CIARAVINO*

*Also Admitted in CT

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

June 15, 2021

Brian Sokoloff, Esq.
Sokoloff Stern LLP
179 Westbury Avenue
Carle Place, New York 11514

   RE: <u>Galloway v. Nassau County</u>

Dear Brian:

   I was totally taken aback and shocked by Ms. Magliaro's testimony today wherein she recanted her affidavit. I have written to her to decline any further legal representation of her. I had no advance warning that she intended to recant. I am enclosing copies of e-mails and correspondence sent to and from Ms. Magliaro as well as correspondence written in her behalf. Ms. Magliaro had seen a story in Newsday on the Galloway case and contacted Joseph DeFelice, Esq., whose name appeared together with mine in the story. She informed me that she was present for an EBT of former Detective Ross and that he, in her opinion, had lied under oath based upon prior statements made to her by him. The inclusion of the reference to the Municipal Law hearing in her affidavit was an inadvertent mistake probably on my part.

          Sincerely,

          Thomas F. Liotti

cc: Ms. Lori Magliaro
   Joseph DeFelice, Esq.
   Elefterakis Elefterakis & Panek
   Harris Beach PPLC

✦Fellow, American Board of Criminal Lawyers

LAW OFFICES OF

# THOMAS F. LIOTTI, LLC

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530

TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI◊

LUCIA MARIA CIARAVINO*

*Also Admitted in CT

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

June 16, 2021

SENT VIA E-MAIL
AND REGULAR MAIL

Ms. Lori Magliaro
19369 US Highway 19 N, #218
Clearwater, FL 33764

Dear Lori:

     Based upon your testimony yesterday, I am herewith advising you that I can no longer represent you and that you should immediately consult with other counsel.

Sincerely,

Thomas F. Liotti

TFL:el

cc:   Joseph DeFelice, Esq.
      Brian Sokoloff, Esq.
      Elefterakis Elefterakis & Panek
      Harris Beach PLLC

## Fwd: ▢▢

From:  Lori Magliaro (lmag7778@icloud.com)

To:    eluxmore@yahoo.com

Date:  Sunday, February 14, 2021, 11:49 AM EST

How do I respond to this? Help





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139   ✉ lmag7778@icloud.com   ▭ lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** February 14, 2021 at 11:28:30 AM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>
> **Subject:** ▢♂
>
> Lor. I don't know how to convince you I need to speak to you. You will probably tell Cliff of this email which I don't care anymore. I'm sure you tell him everything. He will probably say fuck him and so be it.  I'm trying to help even though you probably don't believe me. I'm not trying to help myself I'm trying to help you and your family member. Certain things can't be written please read between the lines. If not please don't come to me in a month or two and say I didnt try to help. I've Made many mistakes in our relationship but I'm so trying to help right now. I love you and I always will.♥
>
> Sent from my iPhone

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 4 of 75 PageID #: 2232

## Fwd: Family no

From:  Lori Magliaro (lmag7778@icloud.com)

To:      eluxmore@yahoo.com

Date:  Sunday, February 21, 2021, 11:09 AM EST

Tom,
I received this today Sunday morning. He continues to try and make me out to be uncredible, and a person that I clearly am not and this is totally irrelevant to the Galloway case  and my affidavit. He is belittling me and ruining my character. He apparently digging up this history from my vehicles registrations and life in general. How he is doing this I have no idea. I have nothing to hide and I will not let him to continue to try and destroy me as aperson, nor my family and close friends that have helped me and my children throughout  the years. As far as him mentioning Karen Hernandez in this email. That is the ex gf that has contacted me regarding his abuse to her and his narcassistic behavior thru the years. Hes trying to get the focus off of him and onto me. Hes jealous of my relationships in my life and trying to destroy me and my mentality by creating a story that is untrue and exagerated. He laughs at me and posts public posts on fb clearly intended toward me. Please let me know your thoughts and how we can proceed with protecting me. Im depressed and trying to focus on my career and just everyday life and he continues to abuse me to the point I cant focus. He is the liar here, always has been, and I stand my ground for defending that boy that suffered because of his misconduct. Unfortunately, this was expected of him to try and damage my character. Im mentally exhausted and so is my family. Thank you Tom.





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

☎ 631-599-4139    ✉ lmag7778@icloud.com    ▭ lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** February 21, 2021 at 9:02:01 AM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>, crider5344@gmail.com, cliftonrider@yahoo.com, crider@hotmail.com
> **Subject: Family no**

I had both of my kids in Florida this week at the house and what a great week it was. I hated leaving them and you know I feel bad even when I leave Wilson. To think my daughter canceled coming last Fathers Day because of you. I allowed it and it makes me sick to my stomach I did. I was worried because you kept saying what were you going to do for a week alone. So typical only worried about yourself! Pure selfishness on your part. I shouldn't have cared what you were going to do and let you go see your looser friend Lois!!! Birds of a feather flock together. I realized this week that family is all that counts. The time with you all you cared about was time with your family and not mine. Shame on me for allowing that. Typical women not caring about the mans children. That is what brings me to you. I realized this week I don't know how you ever left your kids when they were young. I might be a lot of things, but I am and I always will be the best dad ever. I stayed in a shit marriage for 24 years so I wouldn't be without my kids. You on the other hand left your marriage for an old boyfriend (AKA Painter Boy & stain man )and didn't care about your young children at all. Let's go over some facts. According to the facts you first arrived in Florida after your second bankruptcy in July 2009. That was a lie you told me you had one bankruptcy but you had two. My report proves that liar should be your middle name. You profess to tell the truth but most often you lie. You hide behind your fake faith which is a joke. That explains a 480-500 credit score which you usually have. 51 year old female and she needs her son to co-sign for a lease vehicle. Pathetic!! Most parents need to co-sign for there kids but not Lori. When you decided to leave you needed your 17 year old son to give you money to go. You have no shame!! More Pathetic!!! We will get to the co-signers on your last 3 cars in a bit. Four kids four losers. Two still live with 90 year old Mommy and pay nothing while the other two don't have $20 in there pockets. You wrote to me last week that if anything happens where I can't take care of Wilson to make sure you get him. First off Wilson will always be with me. Secondly you hated Wilson. Your son Michael told me that you were jealous of Wilson that I loved him more then you!! I DID. I ALWAYS LOVED HIM MORE THEN YOU. Third you can't afford to put gas in your car and take care of yourself, how would you take care of Wilson. You will Never see Wilson again!! Deep down inside I no you could careless about ever seeing him again. All talk!!!Yes I found out that Brad co-signed for you. I have all the details. Plus your friend Carolyn has a big mouth. You first show that your with painter boy at his house in Belleview ( How ironic that name with Bipolar/ schizophrenia/ painter boy Belleview )living in Belleview in Feb of 2010. So you move to Florida with Ashley, Scotty and Michael. You leave Brad to fend for himself in his Senior year of High School. Nice move mommy dearest. Your oldest and first to finish HS and he's on his own!!! You told me that he was getting in a lot of trouble also. Where was Mommy during this in Florida with her boyfriend!! Bravo Lori!! Ashley's 15, Scottys 10 and Michael 7. Ashley doesn't stay long and goes back to live with your parents or a friend I can't remember what you told me. Nor do I really care where she went. You let your only daughter leave ( mother of the year) Scotty and Michael live with you for a couple of years and you then allow them

To move back to NY as very young boys. They moved in with there father. There father has a long history of drug abuse as per you. You told me he used drugs since HS and all of your marriage to him.He grew up in a house where his mother bartended and was never home and his father worked for Bear Sterns. You told me there marriage and family life was terrible and that's how he grew up. You told me he did drugs your entire marriage. Think of that Lori you let two little boys go live in NY with an addict and his girlfriend. If I'm not mistaking that girlfriend eventually died of an overdose you told me. Unreal what kind of MOTHER you are.

NO Normal caring and loving mother would EVER do this. I guess it was easier to be with drop out HS stain man with no kids bothering you. I know you eventually go back to NY and live with everyone. Mom & Dad in the basement and then with your sister. Well we know your sister didn't want you their brother had to convince her to take you in. I know this because you told me this. As things would happen your drug addict X has a search warrant conducted at his home. Your two small children are living at this home because you allowed it. Shame on you Mommy!!! What does the mother of the year do. She brings the boys back to Florida with her. I'm sure High School Drop out was happy at this point! Time goes by and what do you do? Your Drug addict X goes to prison, gets clean, has a new

Boo and you again allow your boys to move back with him to NY. Scotty was going into his Senior year and Michael 9th grade, 14 years old Lori!! You need your head examined for allowing this. What mother allows her boys to not only move once but twice in with there drug addict father. Answer Mommy of the year Lori!!! We now know because I was with you at this point and your X is again having relapses with pills and your youngest son is his babysitter. PATHETIC!!!! Pathetic you allow your youngest son to still stay and live with this addict to this day while this is happening. Not to mention the home they lived in was flea infested. Remember Wilson and your son had flees from staying there. Michael had flea bites all over his legs when he came to stay with us in Florida on vacation. How in good conscious do you sleep at night. Well I slept next you for 2.5 years and you slept like a baby. No worries at all. PATHETIC!!! Do you remember how Michael freaked out when we drove him home one night and the cops where parked in front of his house. Do you remember the fear/ Panic in his voice and his reaction. .I remember it very well!! He almost wet himself he was so scared!!!You allowed that to happen to him. You allowed him to live in an

unsafe and criminal environment. You still allow this today. Shame on you! These are the facts Lori. You try and make up for it with them. I watch you with them but the truth is you know what I'm saying is true. You know you left them and struggle with it. I've seen it in your face. You deserve the guilt for what you have done to them allowing this. Remember Lori words to live by THE TRUTH WILL SET YOU FREE. LMFAO!!!! What will happen some day is your children will have kids and that's when they will know what a POS mother they have. They will feel the love for a child like no other love there is in this world, that they don't know right now. They then will question how did my mother ever move away from us and allow us not to live with her. So the next time you are standing in front of the mirror, brushing your fake hair extensions, putting on your fake eye lashes,fake nails and fake face look at yourself and know what garbage you are. BTW I'm surprised you never tried to get fake boobs out of me. I bought them For Karen and they were alot of fun to play with. Like speed bags in the gym!!! Speaking of Karen. I met her way to early being separated. Should have married her. She wanted to in the worst way. It was way to soon and I never wanted to get married again. I should have remembered that with you when we got engaged. Another big diff between you and her was she had as much skin in the game as I. Unlike you who showed up with her clothes in her and trunk and nothing but debt. She has more class in her big toe then you do in your entire body. Why don't you ask painter boy, Bipolar, skitzo HS drop out man if he would have ever left his daughter, with a drug addict mother, and moved away with you to another state. I don't know him and I think he's a total sap but even as mentally sick you say he is ,his daughter Mother and father are too I'm sure he would NEVER leave his daughter like you left your kids. That says a lot!!! The funny thing is I've told this to so many of my guy friends wives what you did. I told them about you leaving your kids and pawning my engagement ring and then again lying to me about it. Every single women said you were total garbage. Every single one told me I was a fool for ever talking to you again. The problem was I loved you. Why I don't know. I had friends down in Jan that told me you must have loved her crazy because you would have never put up with that shit years ago. The funny thing is when you told my sister your bullshit life story at the Met game that night my sister called me the next day. She told me to RUN!! My Sister said no good mother ever leaves or let's her young kids leave her for ANY reason. Especially to go and live with a proven drug addict. My sister too told me you were a POS. She was right for sure. That's why when my sister came to visit last May at MY house in the villages she couldn't stay. She told me the next day she couldn't stand looking at you. She told me then again you were nothing but a fake lying scammer. How right she was. I tried to defend you to her but my sister said no way. She said I know you love her but you will be sorry with her, she's no good. She again told me to run. I was told by someone that you are like an addiction to me. It's so TRUE!!! I never looked at it that way but it's true. The good thing now is the addiction is finally gone. Cold sober is the only way to go. Cut the CANCER out. Trying to forget about you has been the hardest thing I've ever had to do. I met someone who I've been blowing off. I told her I was so still in Love with you and couldn't stand being with anyone else. NO MORE!!! Time to move on to better things. I know I will be happy again. Hopefully I will meet someone and get married at some point and living life again. You on the other hand are right back where you were 11-12 yrs ago living with stain boy. Living in his Bi-Polar house with his Bi-polar family. The one thing I do know is your not sleeping with him. I know you told me how gross and sickening he makes you feel. I really feel sorry for you but that's your choice. You need to be somewhere where everything is paid for you. Must suck living like that. I once asked you why you and him never got married. You told me you would never marry a Bi-Polar freak looser like him. You also told me you couldn't stand his Bi-Polar daughter either.Talked about how crazy she was and his mother and father were too. Funny all the daughters you don't like. My daughter hated you from the day she met you. Called you nothing but a Bim at 50 trying to be 30. To think I allowed you to get between us. Shame on me!!!Maybe you should marry the sap then all your bills will be covered. The funny part is drop out boy thinks your back for good. You use him like you use everybody!! You use to tell me what a Dick he is and how you couldn't stand to look at him and that he disgusted you. Now your back living in his house. LMAO. Well at least you know he hasn't been with anyone. You said to me he could never perform and be with anyone. LMAO!!! Don't forget you told me he threw you against the wall, threatened you, flipped over a desk and then cried please not to take or hurt his buisness. He tries to say that he's a savior of you in an abusive relationship. What a fucking joke that and he is. This is the same person you stole 10,000 from and asked me told hold5,000 when I first met you. This is the same person you tried to steal all is clients when you lived with me. I helped you fill out all the cards in my dining room that you mailed to his clients from your computer. You had my info from when he did my driveway with Karen in your computer.. You told me you told him you didn't have all of his clients info but you did. Lying once again!!! You are nothing but a lying snake. Make sure you tell Cliff the truth because I will. Remember miss holy roller who hides behind her bullshit faith THE TRUTH WILL SET YOU FREE( I love that saying) Make sure you tell him how much you use to talk about his Bi-Polar daughter and how fucked up she is. We even laughed about Her ever having a kid eventually and how he or she would be with all that mental illness in that family. I had to laugh my ass off when Cliff sent me that picture of you holding his grand kid. All i kept thinking about is that gene pool. See Now if your totally honest you will show Cliff this entire email. Stain boy will know if you said these things

because how would I know any or all of this without you telling me if there true. I would never know there mental status if you didn't bad mouth them all the time to me. Matter of fact I'm going to CC stain man this email, maybe his daughter too they should know the truth what you think of them and how you bad mouth them to me. Maybe everything you told me was a lie. I don't know and could careless anymore. Your family hates him. Your kids hate him. Your Aunt and Uncle hate him but what the hell they hate everyone.Nice way to live. Cliff doesn't know it but you'll leave soon when you find someone else to take care of you. He's such a sap and waites for you to come back. He has no idea you will never be with him again. I wonder how he feels other men have been there, done that, finished and he will never have it again. At that point who would want to. Cliff should know how many others. Tell him to ask you about Roger Laberge!!! Better him then me. Lastly you wrote to me in an email a week or two ago that the man you fell in love with wasn't real. He doesn't exsist. I want you to know I'm very real and do exist!! Thank god I'm done with the Lori Addiction. BTW just thought let's get back to the last three co signers of your cars. You told me that Cliff co-signed for your car when I met you. Your 2016 grey Hyundai. That was a lie. Roger Laberge co -signed for the car from Ocala and Long Island. He's an Oceanside guy and Ocala. The car was leased on 6/2016. You must have been doing him while you were with Cliff for the last two years. He's a Farrells guy. No one is going to co-sign for you on a car unless he's doing you or family! Proof in point 2020 Hyundai Brad co-signed and co -Registrant family. 2018 Hyundai I signed and co-Registrent and Lover .2016 Hyundai Roger Laberge co-signed and co-registrent what is he Lori LOVER.??? Your Lover while you were with Cliff living in his home. DISGUSTING!!! Cliff is a sap but Tell Cliff I will gladly show him all the paperwork from the lease of you and Roger Laberge. Cliff should know that you fooled around on him while you lived in his home. NICE miss Holy Roller. The funny part is you use to go through my cell all the time. I knew it but didn't care. I would leave it on purpose and put it down In a certain way and it would be moved. Pathetic!!! I'm not perfect but I would have NEVER cheated on you EVER. Now I know why. The people who think someone's fooling around on them are usually the ones doing it. I realized this and went and got tested!!!!!!!!! At this point I could careless I'm done with you. You are all over Laberges Facebook too. Remember Lori tell Cliff the truth because theTRUTH SHALL SET YOU FREE. We were engaged in August of 2019 and your on Laberges Facebook page liking everything. Go ahead and look quick Cliff on Roger Laberge facebook page because I'm sure she will go back and erase everything real quick. She use to do it to me all the time. You are the biggest Facebook snake going. You like to post religion and hide behind ityour a hypocrite.I hope Cliff knows you lie a lot. But really Cliff he's a dope. Lori this is goodbye forever and good ridens. I wish you well. Every single email and text I've sent you since you left has been the truth. EVERY ONe!!! I have never loved someone like I've loved you. I still Love you and probably will always have some love for you. Take care of yourself!!!! Remember Lori " The truth shall set you free"" Everything I've written in this email you or your kids told me or I have first hand knowledge and witnessed it!!!!
I wasn't going to send this email until I received all those texts from Cliff this morning. Sad, sad you guys have nothing better to stalk my Facebook.
Sent from my iPhone

**Fyi...texts from Matt Ross today 2/10/21**



From:   Lori Magliaro (lmag7778@icloud.com)

To:      eluxmore@yahoo.com

Date:   Wednesday, February 10, 2021, 06:36 PM EST

Hi, Just wanted you to see what he is currently sending me even after our telephone conversation today. Will keep u updated.
Thank you,



**4:56**



**< Inbox**     **3 Messages**     

Lori I know I've made so many mistakes. I'm so sorry for everyone of them. I'm trying everyday to be. A better person. I pray everyday asking for forgiveness. I'm begging you with everything I have to forgive me. Please Lor. I know your mad and have every right to be. I also know your a forgiving person and I'm asking for that forgiveness. I promise you Lori on my children I will not disappoint you. I realize

Case 2:19-cv-05026-AMD-JMW    Document 124-9    Filed 09/07/21    Page 9 of 75 PageID #: 2237

now all I care about is you. Yes I'm an idiot at times but know one thing in my life and thats I'm madly in love with you. I've had a lot of time to soul search. My life is meaningless without you. I'm asking you from the bottom of your heart to try one more time to love me. All I want to do is make up for every wrong I did to you. I want to spend the rest of my life doing nothing but loving you. I know we








4:57

   Inbox      3 Messages      

me. All I want to do is make up for

every wrong I did to you. I want to spend the rest of my life doing nothing but loving you. I know we can get through anything together. Lor I'm broken without you. I've NEVER loved someone like you. Yes I've fucked up but one thing I know is my love for you is stronger today then ever. I will do whatever it takes to make everything right with everyone. I know you love Wilson. He loves you too. I would never get rid of him. He's the only thing that has kept me alive Lori. Trust me!!! Please Hon. I'm begging you to give me one more chance. The tears are rolling down my face as I write this. I Love you Lori Magliaro. I love you more then

Lor Magliaro. I love you more then you can ever imagine. Please Lor call me. Please!!! 🖤🖤🖤🖤

Sent from my iPhone



6:25

Matt Ross ›

I miss you terribly beautiful lady. 🖤

Today 1:14 PM

Please come home to your

2/10/2021
Yahoo Mail - Fyi...texts from Matt Ross today 2/10/21
Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 12 of 75 PageID #: 2240

boys!!! 

Hey Lor. Are you ever going to allow me to talk to you. 🙏

Today 3:39 PM

Can I call you Lor! 🖤

I won't until you say it's ok

I don't want to get you mad ever again

BTW I used your moms address for you on Ins policy. I refused to use Belleview address

  iMessage 

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 13 of 75 PageID #: 2241

6:26 





## Matt Ross ›

Yesterday 5:21 PM



Hey Lor. Honestly do you like that we are no longer together!



Your Fur baby misses you terribly. I play a video I have with your voice and

ne runs around looking for
you. 

Yesterday 8:24 PM



6:27

Matt Ross ›

I know I'm asking a lot. I
know I don't deserve it.
But I'm asking you to find

But I'm asking you to find that small piece in your heart that fell
In love with me. Lor I will never disappoint you again. I'm so crazy in love with you. I can't function. I think of you <u>24/7</u>. I wake up every night since you left. Can't sleep. I'm crazy about you Lor. I will go see anyone and everyone for us. Please Lor I'm begging not to give up on me🖤 🖤

Lor I know your thinking I've promised before and I have. It's diff this time babe. I've never been more serious in my life. I just want to sit down with you

and explain everything. I
want to go over everything

  iMessage 

4:57

 Inbox      **3 Messages**    ∧  ∨

me. All I want to do is make up for
every wrong I did to you. I want to
spend the rest of my life doing
nothing but loving you. I know we
can get through anything together.
Lor I'm broken without you. I've
NEVER loved someone like you.
Yes I've fucked up but one thing I
know is my love for you is stronger
today then ever. I will do whatever
it takes to make everything right

with everyone. I know you love Wilson. He loves you too. I would never get rid of him. He's the only thing that has kept me alive Lori. Trust me!!! Please Hon. I'm begging you to give me one more chance. The tears are rolling down my face as I write this. I Love you Lori Magliaro. I love you more then you can ever imagine. Please Lor call me. Please!!! 🖤🖤🖤🖤

Sent from my iPhone



4:56

 **Inbox**     **3 Messages**     

Lori I know I've made so many mistakes. I'm so sorry for everyone of them. I'm trying everyday to be. A better person. I pray everyday asking for forgiveness. I'm begging you with everything I have to forgive me. Please Lor. I know your mad and have every right to be. I also know your a forgiving person and I'm asking for that forgiveness. I promise you Lori on my children I will not disappoint you. I realize now all I care about is you. Yes I'm an idiot at times but know one thing in my life and thats I'm madly in love with you. I've had a lot of time to soul search. My life is

meaningless without you. I'm asking you from the bottom of your heart to try one more time to love me. All I want to do is make up for every wrong I did to you. I want to spend the rest of my life doing nothing but loving you. I know we

   

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139   ✉ lmag7778@icloud.com   🖃 lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



Fyi ..texts today 2/10/21

From:  Lori Magliaro (lmag7778@icloud.com)

To:    eluxmore@yahoo.com

Date:  Wednesday, February 10, 2021, 06:39 PM EST







I want you to know how much I love you and that you are the most beautiful women inside and out. 


    iMessage

*Lori Magliaro*



**Lori Magliaro**
Realtor®

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 22 of 75 PageID #: 2250

# New fb public posts today

From:   Lori Magliaro (lmag7778@icloud.com)

To:      eluxmore@yahoo.com

Date:   Saturday, January 30, 2021, 04:34 PM EST

Sent from my iPhone

 IMG_6703.PNG
2.2MB

 IMG_6704.PNG
1.7MB

 IMG_6710.PNG
773.8kB

 **Photos**

 **Matthew Ross**
30 mins · 🌐

Funny thing about relationships. What do you do when a person shows up with the their clothes on there back, their bills and debt in their hand, and nothing but excuses why life has miss treated them.
Runnnnnnnnnnnnnnnnnnnn!!!!!

 3                                          4 Comments

👍 **Like**                                    ↪ **Share**

 **Matthew Ross**
2 hrs · 🌐

AMEN!!





1:36

📷 Photos

🔒 facebook.com

Matthew Ross
20 mins · 🌐

AMEN!!

1:06

AA   🔒 pinterest.com   ↻

←   ⋯   ∨

Visit·   Save

AT SOME POINT
SOMETHING
INSIDE ME JUST
CLICKED AND I
REALIZED THAT
I DIDN'T HAVE
TO DEAL WITH
ANYONE'S
BULLSHIT EVER

👍 5

👍 Like   ↑ Share



## Emails

From:  Lori Magliaro (lmag7778@icloud.com)

To:    eluxmore@yahoo.com

Date:  Tuesday, February 16, 2021, 02:02 PM EST

Hi Tom, After speaking with you today, I realized I forgot to mention that I have gone through my phone and printed out every email from Matt. There are many more abusive ones involving my family. I also want you to know that I left Clearwater because of him. I had to relocate my job because of his stalking me there. I have the email from my broker in Clearwater, saying that they were sorry to see me go and they would have even implemented a trespass order against him if I were to stay, but they understood my situation.
Amyway, just wanted you to know I have all his communication documented and printed out, if you needed to relay that information. I am becoming very distraught and having trouble focusing on my life and my job but Ill continue to stand up for whats right.
Thanks for everything. Talk soon.

*Lori Magliaro*                    *Brian Solko*



Lori Magliaro
Realtor®
Re/Max Premier Realty

☏ 631-599-4139    ✉ lmag7778@icloud.com    ✉ lori-magliaro.remax.com
⦿ 13949 N. US Hwy 441, The Villages, Fl 32159



Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 27 of 75 PageID #: 2255

# Update

---

From:  Lori Magliaro (lmag7778@icloud.com)

To:     eluxmore@yahoo.com

Date:  Monday, March 1, 2021, 05:35 PM EST

---

Hi Tom, Just want to update you I have received a few emails from Matt apologizing and telling me he is in therapy. He has reached out to his x gf again Karen Hernandez. He sent me an emailing telling me he wanted me to know he was going to apologize to everyone that he wronged. We feel its in an attempt to cohearse her to be on his side with the case. She does not believe him either. She I believe hasnt responded to him. I m thinking maybe his atty will try n subpeoena her and he is trying to have her feel sorry for him. I dont believe that will happen because she is living proof of his behavior for 4 years prior to me. You may need to contact her at some point?
Just wanted you to know.
Thank you.





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

☎ 631-599-4139    ✉ lmag7778@icloud.com    ▤ lori-magliaro.remax.com

⌖ 13949 N. US Hwy 441, The Villages, Fl 32159



(No Subject)

From:    Lori Magliaro (lmag7778@icloud.com)

To:       eluxmore@yahoo.com

Date:    Wednesday, February 10, 2021, 07:04 PM EST

7:03 





Matt Ross ›

You are my soulmate Lori. I never believed in that until I met you. I knew I loved and wanted to marry you in our second date!! 🖤 🖤 💍

Please trust me!! I know your scared. I know you doubt me but I'm telling you Lor it's diff. God has helped me find the truth and the strength. All I need

and the strength. All I need is your LOVE!!! 🙏 🖤 💍

You have no idea what you have taught me. I had no idea what you have taught me till I started praying to god. I Love you Lori Magliaro!!! 🖤 💍



  iMessage 



*Lori Magliaro*

**Lori Magliaro**
**Realtor®**

2/3

## Fwd: Last

From: Lori Magliaro (lmag7778@icloud.com)

To:    eluxmore@yahoo.com

Date:  Tuesday, January 26, 2021, 09:08 PM EST

I received this tonite from Matt . Here is the beginning of the backlash. Need u to be aware. Amongst the other 200+ emails that I have starting with December 14 through today of him begging me back etc. I just received this.

Sent from my iPhone

Begin forwarded message:

*Lori:*
*Matt is very*
*inarticulate*

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** January 26, 2021 at 8:28:15 PM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>
> **Subject:** Last

Lor. This will be the last email you ever get from me. I got a call today. Your bullshit you loved me was garbage. You love who ever can pay your bills or who you can steal from (Cliff you told me you stole 10,000, matter of fact you asked me to hold 5,000 when I met you) you will always live in someone else's bed. That bullshit you fed me about you don't care about owning anything. Ok. You are are a true welfare recepient just like your loosing family!!!! Your 480 credit score will never change. When your a looser your a looser!!! You will always lay on your back to get but. Let's face it that's why I kept you around as long as I did. If I ever have to testify I will gladly tell them about a pass to the ass and everything between. Goodbye Lori!!!

Sent from my iPhone

1/1

## Fwd: Last

From: Lori Magliaro (lmag7778@icloud.com)

To: eluxmore@yahoo.com

Date: Thursday, February 11, 2021, 06:00 PM EST





**Lori Magliaro**
Realtor®
Re/Max Premier Realty

✆ 631-599-4139   ✉ lmag7778@icloud.com   🖥 lori-magliaro.remax.com
📍 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** February 11, 2021 at 5:53:59 PM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>
> **Subject:** Re: Last
>
> Lori I'm telling you I did tell the truth on this case. 100% the truth. When you threatened me you were going to call on me I told you that. Very sad!!!
>
> Sent from my iPhone
>
> On Feb 11, 2021, at 5:51 PM, Lori Magliaro <lmag7778@icloud.com> wrote:
>
> It is sad. I knew you wouldnt tell the truth. All a game like everything else. Just know, I tried and loved you for nothing more than you.



**Lori Magliaro**
Realtor®
Re/Max Premier Realty

✆ 631-599-4139   ✉ lmag7778@icloud.com   🖥 lori-magliaro.remax.com
📍 13949 N. US Hwy 441, The Villages, Fl 32159



> On Feb 11, 2021, at 5:48 PM, Matthew Ross <mqross@aol.com> wrote:
>
> Very sad
>
> Sent from my iPhone
>
> On Feb 11, 2021, at 5:45 PM, Lori Magliaro <lmag7778@icloud.com> wrote:

Ok



**Lori Magliaro**
Realtor®
Re/Max Premier Realty

📞 631-599-4139  ✉ lmag7778@icloud.com  ✉ lori-magliaro.remax.com
📍 13949 N. US Hwy 441, The Villages, Fl 32159



On Feb 11, 2021, at 5:39 PM, Matthew Ross <mqross@aol.com> wrote:

Ok Lor see you when you testify!!

Sent from my iPhone

On Feb 11, 2021, at 4:49 PM, Lori Magliaro <lmag7778@icloud.com> wrote:

I think you know what you need to do matt  I don't know what you really want me to say. The abuse mental abuse that I have taken from you in all of these emails you have sent to me and all of the things you have posted I really don't know what you want me to say?  and all the things you have done your actions alone. I shouldnt even be responding.





**Lori Magliaro**
Realtor®
Re/Max Premier Realty

📞 631-599-4139  ✉ lmag7778@icloud.com  ✉ lori-magliaro.remax.com
📍 13949 N. US Hwy 441, The Villages, Fl 32159



On Feb 11, 2021, at 3:39 PM, Matthew Ross <mqross@aol.com> wrote:

Lor why won't you talk to me!!!

Sent from my iPhone

On Feb 11, 2021, at 2:15 PM, Matthew Ross <MQRoss@aol.com> wrote:

Lor I will tell everyone the truth!!! 1000000% the truth. All I need in my life is you. I love you more then life itself babe. Can you take 5 min and call me. Please I'm begging you hon.

Sent from my iPhone

On Feb 11, 2021, at 1:58 PM, Lori Magliaro <lmag7778@icloud.com> wrote:

Matt,
In response to your email, maybe if you truly mean everything you are saying in your texts and emails, you will just tell them the truth. You know, the truth does set you free. That would be step 1.  If there is anything you ever learned from me, amongst all of your lies and betrayal to me, now would be the time.


Lori

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

631-599-4139    lmag7778@icloud.com    lori-magliaro.remax.com

13949 N. US Hwy 441, The Villages, Fl 32159

> On Jan 26, 2021, at 8:28 PM, Matthew Ross <mqross@aol.com> wrote:
>
> Lor. This will be the last email you ever get from me. I got a call today. Your bullshit you loved me was garbage. You love who ever can pay your bills or who you can steal from (Cliff you told me you stole 10,000, matter of fact you asked me to hold 5,000 when I met you) you will always live in someone else's bed. That bullshit you fed me about you don't care about owning anything. Ok. You are a true welfare recepient just like your loosing family!!!! Your 480 credit score will never change. When your a looser your a looser!!! You will always lay on your back to get but. Let's face it that's why I kept you around as long as I did. If I ever have to testify I will gladly tell them about a pass to the ass and everything between. Goodbye Lori!!!
>
> Sent from my iPhone

Communication today 2/11

From: Lori Magliaro (lmag7778@icloud.com)

To: eluxmore@yahoo.com

Date: Thursday, February 11, 2021, 05:59 PM EST

Hi Tom and Ellen, This is the commmunication that I decided to respond to Matt with. I knew he wouldnt come forward but I tried to give him the benefit of a doubt. Now he threatened me will will be forced to tell everything about me. Honestly not really sure what he will tell that I or anyone doesnt know and Im not concerned but hes very angry now because I didnt fall for him tryin really hope he stops because its very upsetting to me. Please read from the bottom up. Thanks.

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

☎ 631-599-4139   ✉ lmag7778@icloud.com   ▭ lori-magliaro.remax.com

⦿ 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Lori Magliaro <lmag7778@icloud.com>
> **Date:** February 11, 2021 at 5:51:54 PM EST
> **To:** Matthew Ross <mqross@aol.com>
> **Subject:** Re: Last

It is sad. I knew you wouldnt tell the truth. All a game like everything else. Just know, I tried and loved you for nothing more than you.

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

☎ 631-599-4139   ✉ lmag7778@icloud.com   ▭ lori-magliaro.remax.com

⦿ 13949 N. US Hwy 441, The Villages, Fl 32159



> On Feb 11, 2021, at 5:48 PM, Matthew Ross <mqross@aol.com> wrote:
>
> Very sad
>
> Sent from my iPhone

>> On Feb 11, 2021, at 5:45 PM, Lori Magliaro <lmag7778@icloud.com> wrote:
>>
>> Ok

*Lori Magliaro*

Case 2:19-cv-05026-AMD-JMW    Document 124-9    Filed 09/07/21    Page 35 of 75 PageID #: 2263



**Lori Magliaro**
Realtor®
Re/Max Premier Realty

☎ 631-599-4139    ✉ lmag7778@icloud.com    ✉ lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



> On Feb 11, 2021, at 5:39 PM, Matthew Ross <mqross@aol.com> wrote:
>
> Ok Lor see you when you testify!!
>
> Sent from my iPhone
>
>> On Feb 11, 2021, at 4:49 PM, Lori Magliaro <lmag7778@icloud.com> wrote:
>>
>> I think you know what you need to do matt  I don't know what you really want me to say. The abuse mental abuse that I have taken from you in all of these emails you have sent to me and all of the things you have posted I really don't know what you want me to say?  and all the things you have done your actions alone. I shouldnt even be responding.





**Lori Magliaro**
Realtor®
Re/Max Premier Realty

☎ 631-599-4139    ✉ lmag7778@icloud.com    ✉ lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



> On Feb 11, 2021, at 3:39 PM, Matthew Ross <mqross@aol.com> wrote:
>
> Lor why won't you talk to me!!!
>
> Sent from my iPhone
>
>> On Feb 11, 2021, at 2:15 PM, Matthew Ross <MQRoss@aol.com> wrote:
>>
>> Lor I will tell everyone the truth!!! 1000000% the truth. All I need in my life is you. I love you more then life itself babe. Can you take 5 min and call me. Please I'm begging you hon.
>>
>> Sent from my iPhone
>>
>>> On Feb 11, 2021, at 1:58 PM, Lori Magliaro <lmag7778@icloud.com> wrote:
>>>
>>> Matt,
>>> In response to your email, maybe if you truly mean everything you are saying in your texts and emails, you will just tell them the truth. You know, the truth does set you free. That would be step 1.  If there is anything you ever learned from me, amongst all of your lies and betrayal to me, now would be the time.
>>> 🙏
>>> Lori



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

631-599-4139    lmag7778@icloud.com    lori-magliaro.remax.com
13949 N. US Hwy 441, The Villages, Fl 32159



On Jan 26, 2021, at 8:28 PM, Matthew Ross <mqross@aol.com> wrote:

Lor. This will be the last email you ever get from me. I got a call today. Your bullshit you loved me was garbage. You love who ever can pay your bills or who you can steal from (Cliff you told me you stole 10,000, matter of fact you asked me to hold 5,000 when I met you) you will always live in someone else's bed. That bullshit you fed me about you don't care about owning anything. Ok. You are are a true welfare recepient just like your loosing family!!! Your 480 credit score will never change. When your a looser your a looser!!! You will always lay on your back to get but. Let's face it that's why I kept you around as long as I did. If I ever have to testify I will gladly tell them about a pass to the ass and everything between. Goodbye Lori!!!

Sent from my iPhone

(No Subject)

From: Lori Magliaro (lmag7778@icloud.com)

To: eluxmore@yahoo.com

Date: Thursday, February 11, 2021, 06:10 PM EST

---

**6:09** 

 **Inbox**    **17 Messages** 

Lori Magliaro Realtor ® Re/M...

 **mqross@aol.com**    6:03 PM
To: Lori Magliaro ⟩

# Re: Last

# Don't ever worry about Wilson!!! He will always be with me because his momma left him like she left her own kids.

Sent from my iPhone

On Feb 11, 2021, at 5:53 PM, Matthew Ross <MQRoss@aol.com> wrote:

See More 

   

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**

New text

From:  Lori Magliaro (lmag7778@icloud.com)

To:  eluxmore@yahoo.com

Date:  Thursday, February 11, 2021, 06:05 PM EST

Im not sure how he knows about a very old friend that leant me money years ago but he sent this text. We need to do something. Hes threstening me now with things I dont know  how hes finding out about this.



**6:03**



**Matt Ross** ›

Today 5:42 PM

 

I will love you forever Lor!!



I want you to know. I love you more then anything. But I will be forced to tell

**But I will be forced to tell everything about you. EVERYTHING!!! I'm sorry Lori.** 



**Say hi to Roger Laberge for me!!**

  iMessage 

*Lori Magliaro*



**Lori Magliaro
Realtor®**

**Fwd: Last**

From: Lori Magliaro (lmag7778@icloud.com)
To:   eluxmore@yahoo.com
Date: Thursday, February 11, 2021, 06:51 PM EST



**Lori Magliaro**
Realtor®
Re/Max Premier Realty

☎ 631-599-4139    ✉ lmag7778@icloud.com    ▭ lori-magliaro.remax.com
⊙ 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** February 11, 2021 at 6:48:04 PM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>
> **Subject: Re: Last**
>
> I have a 48 page and 44 page work up on your whole life. Can't wait to testify to it.
>
> Sent from my iPhone
>
>> On Feb 11, 2021, at 5:53 PM, Matthew Ross <MQRoss@aol.com> wrote:
>>
>> Lori I'm telling you I did tell the truth on this case. 100% the truth. When you threatened me you were going to call on me I told you that. Very sad!!!
>>
>> Sent from my iPhone
>>
>>> On Feb 11, 2021, at 5:51 PM, Lori Magliaro <lmag7778@icloud.com> wrote:
>>>
>>> It is sad. I knew you wouldnt tell the truth. All a game like everything else. Just know, I tried and loved you for nothing more than you.



**Lori Magliaro**
Realtor®
Re/Max Premier Realty

☎ 631-599-4139    ✉ lmag7778@icloud.com    ▭ lori-magliaro.remax.com
⊙ 13949 N. US Hwy 441, The Villages, Fl 32159



>>> On Feb 11, 2021, at 5:48 PM, Matthew Ross <mqross@aol.com> wrote:

Very sad

Sent from my iPhone

On Feb 11, 2021, at 5:45 PM, Lori Magliaro <lmag7778@icloud.com> wrote:

Ok

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139    ✉ lmag7778@icloud.com    ▭ lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



On Feb 11, 2021, at 5:39 PM, Matthew Ross <mqross@aol.com> wrote:

Ok Lor see you when you testify!!

Sent from my iPhone

On Feb 11, 2021, at 4:49 PM, Lori Magliaro <lmag7778@icloud.com> wrote:

I think you know what you need to do matt I don't know what you really want me to say. The abuse mental abuse that I have taken from you of these emails you have sent to me and all of the things you have posted I really don't know what you want me to say? and all the things yo have done your actions alone. I shouldnt even be responding.





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139    ✉ lmag7778@icloud.com    ▭ lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



On Feb 11, 2021, at 3:39 PM, Matthew Ross <mqross@aol.com> wrote:

Lor why won't you talk to me!!!

Sent from my iPhone

On Feb 11, 2021, at 2:15 PM, Matthew Ross <MQRoss@aol.com> wrote:

Lor I will tell everyone the truth!!! 1000000% the truth. All I need in my life is you. I love you more then life itself babe. Can you take 5 min and call me. Please I'm begging you hon.

Sent from my iPhone

On Feb 11, 2021, at 1:58 PM, Lori Magliaro <lmag7778@icloud.com> wrote:

Matt,
In response to your email, maybe if you truly mean everything you are saying in your texts and emails, you will just tell them the truth. You know, the truth does set you free. That would be step 1. If there is anything you ever learned from me, amongst all of your lies and betrayal to me, now would be the time.

Lori

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139    ✉ lmag7778@icloud.com    🖥 lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159

🅕

On Jan 26, 2021, at 8:28 PM, Matthew Ross <mqross@aol.com> wrote:

Lor. This will be the last email you ever get from me. I got a call today. Your bullshit you loved me was garbage. You love who ever can pay your bills or who you can steal from (Cliff you told me you stole 10,000, matter of fact you asked me to hold 5,000 when I met you) you will always live in someone else's bed. That bullshit you fed me about you don't care about owning anything. Ok. You are are a true welfare recepient just like your loosing family!!!! Your 480 credit score will never change. When your a looser your a looser!!! You will always lay on your back to get but. Let's face it that's why I kept you around as long as I did. If I ever have to testify I will gladly tell them about a pass to the ass and everything between. Goodbye Lori!!!

Sent from my iPhone

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 44 of 75 PageID #: 2272

## Fwd: Lol

From:  Lori Magliaro (lmagliaro@ymail.com)

To:      eluxmore@yahoo.com

Date:   Thursday, February 11, 2021, 07:43 PM EST





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139    ✉ lmag7778@icloud.com    ✉ lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** February 11, 2021 at 7:02:29 PM EST
> **To:** Lori Magliaro <lmagliaro@ymail.com>
> **Subject: Lol**



Sent from my iPhone

**(No Subject)**

From:  Lori Magliaro (lmag7778@icloud.com)

To:  eluxmore@yahoo.com

Date:  Thursday, February 11, 2021, 09:53 PM EST

9:53 

 

**Matt Ross ›**

I will love you forever Lor!!



I want you to know. I love you more then anything. But I will be forced to tell everything about you. EVERYTHING!!! I'm sorry Lori. 🖤





Say hi to Roger Laberge for me!!

Liar

Maybe Cliff knows him

The sad part is Lori I love you more then life itself!!

Now what???

  iMessage 

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**

2/12/2021                    Yahoo Mail - Fwd: Had to send. So true!!!

Case 2:19-cv-05026-AMD-JMW    Document 124-9    Filed 09/07/21    Page 48 of 75 PageID #:
2276

Fwd: Had to send. So true!!!

From: Lori Magliaro (lmag7778@icloud.com)

To:     eluxmore@yahoo.com

Date: Friday, February 12, 2021, 07:11 AM EST





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

✆ 631-599-4139    ✉ lmag7778@icloud.com    ✉ lori-magliaro.remax.com

⊚ 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** January 15, 2021 at 10:19:40 PM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>
> **Subject: Had to send. So true!!!**
>
> The reality is, I truly didn't love my ex. Although I loved her hard. I loved who I painted her to be. I loved the idea of "us" & what she could become. If I had accepted her for who she really was, I wouldn't have loved you at all!!!!
>
> Sent from my iPhone

## Fwd: Home

| | |
|---|---|
| From: | Lori Magliaro (lmag7778@icloud.com) |
| To: | eluxmore@yahoo.com |
| Date: | Friday, February 12, 2021, 07:12 AM EST |





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

✆ 631-599-4139   ✉ lmag7778@icloud.com   ▭ lori-magliaro.remax.com

⊚ 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** January 20, 2021 at 9:26:32 AM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>
> **Subject: Home**
>
> Please come home Lori. Life is not the same without you. I am So In love with you and miss you terribly. There's nothing you and I can fix. Please Lor. Call or text me.🖤🖤😢
>
> Sent from my iPhone

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 50 of 75 PageID #: 2278

## Fwd: Struggle

From:   Lori Magliaro (lmag7778@icloud.com)

To:     eluxmore@yahoo.com

Date:   Friday, February 12, 2021, 07:12 AM EST





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

☎ 631-599-4139   ✉ lmag7778@icloud.com   ✉ lori-magliaro.remax.com

⌖ 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** January 20, 2021 at 8:13:11 PM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>
> **Subject: Struggle**
>
> Hey Lor. I have to tell you something that I probably have never thought would happen. I am struggling so bad Lor without you. I cry myself to sleep every night. I wake up crying In the middle of the night in my dreams of you. You can tell people that and they will think I'm week. Your probably laughing at this but it's the truth. I know you don't care but I needed to tell you this. I don't know if I'm going to make it with out you. I'm so depressed without you. I love you more then life. I want you to know I think of you 24/7. I know you don't care about me anymore which is so hard for me. I never thought I could ever love someone the way I love you. I pray everyday but it seems to fall of deaf ears. I don't know what to do without you. 🖤🖤🖤🖤🖤🖤🖤
>
> Sent from my iPhone

1/1

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 51 of 75 PageID #:
2279

# Fwd: Last email

| | |
|---|---|
| From: | Lori Magliaro (lmag7778@icloud.com) |
| To: | eluxmore@yahoo.com |
| Date: | Friday, February 12, 2021, 07:10 AM EST |

Tom, Just an example of how he goes from mean to begging me back. This email is from Jan 13th..abusive mentally to me. I have 100's but I am going to have this and then another 2 days later showing the cycle of his behavior. I will keep them for when I testify. Thank you.
Talk soon.

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139    ✉ lmag7778@icloud.com    ▭ lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** January 13, 2021 at 8:35:25 PM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>
> **Subject: Last email**

> Lor. This will be the last email you ever hear from me again. First off I will always love you but need to clear the air. You know I made dinner tonight for myself and a date. I will send you a picture. BTW you out did yourself with the siloutes on the windows. Every broad I've had here at the new townhouse  loves them. Thank you for the selection. Guess what I made. Lmao meatloaf like I made you almost 3 years ago. You know what I realized tonight was that there's plenty of women just as hot as you that guess what, there not fucking broke like you. The women tonight is hotter then you and is loaded. You will always be a tenant in an apt or living in someone's house owning nothing other then your clothes on your back and let's face it that's where your comfortable making a living on your back. Must suck always being flat fucking broke.Having to have people co -sign for you because your a fucking looser. You are pretty girl but after fucking you for years  it gets old. Your ass is hot and was the best part to fuck you in. I'm sure your kids would be proud of you Mommy dearest. Nothing like a pass to the ass when mommy was drinking. By the way you are getting old looking. I know you love to take selfie's and post them all over Facebook

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 52 of 75 PageID #: 2280

so all your goon ginnys from the 5 towns can tell you how pretty you are.  Must suck having to be told how pretty you are to feel good about yourself. Lmao they should only know what a fucking looser broke ass you are. Also whoever you are with there kids will hate you cause they know what you are nothing but a leach . My kids hate your fucking guts and always have. Abbie told me the first time she met you you were nothing but a whore!!! She was so right. That moron Cliff keeps taking you in and you have no intention of ever being with him. He's the biggest fucking moron I've ever known. I'm sure his daughter shitty gene pool and all hates your guts knowing you take advantage of her father. I laughed when he said all you want to do is take care of his grandson. Lmao all you want is your sorry broke ass taken care of. You know your cousin Terryanne knows your a piece of shit. She won't leave her kids at 22-24 but you left your with a drug addict x husband. She might be nice to your face but you know her and her family talk about what a piece of shit you are for leaving your kids. Have fun selling real estate. It only took you 4-5 times to pass the test because your an idiot. I feel bad for you Lori. Your life will never get better and your kids will have to support your sorry ass. You don't care you only care about yourself. I deserve so much better then you. 2.5 years together and you free loaded everyday. Good luck Lor you will maybe meet some looser who finally takes your shit but you will never be in Love. You deserve all the bullshit that happens. Your x husband knew you were a piece of shit and treated you accordingly. There's a part of me feels sorry for you and most of me thinks you got what you fucking deserve. Good luck Lor. Keep your looks up so you can get over on people as long as possible. I'm finally over your broke fucking ass. By FELICIA!!!

Sent from my iPhoneover your broke

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 53 of 75 PageID #: 2281

Fwd: Valentines 🖤

From: Lori Magliaro (lmag7778@icloud.com)

To: eluxmore@yahoo.com

Date: Sunday, February 14, 2021, 07:42 PM EST

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

☎ 631-599-4139   ✉ lmag7778@icloud.com   🖥 lori-magliaro.remax.com
📍 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** February 14, 2021 at 7:38:57 PM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>
> **Subject: Re: Valentines 🖤**
>
> Lor. Can you please answer if you have any feelings or love still for me. If there 1% chance of us I will fight forever. A glimmer of hope I will keep fighting. If there's no love or feelings I will have to try and move forward. I can't imagine life without you. I'm sick and exhausted over this. I know it's my fault but at some point I can't live like this anymore. I pray there still trust me but I need to know. Please find it in your heart to be honest and let me know. I Love you Lori. I always have and always will. 🖤🖤
>
> Sent from my iPhone
>
> > On Feb 13, 2021, at 10:32 PM, Matthew Ross <MQRoss@aol.com> wrote:
> >
> > Yes he does Lor. I'm alive exsist. Please babe let me show you he exsists. Do you still love me. I need to know Lor! 🖤🖤
> >
> > Sent from my iPhone
> >
> > > On Feb 13, 2021, at 10:15 PM, Lori Magliaro <lmag7778@icloud.com> wrote:
> > >
> > > The man I fell in love with wasnt real. He doesnt exist.
> > >
> > > *Lori Magliaro*
> > >
> > > 
> > >
> > > **Lori Magliaro**
> > > **Realtor®**
> > > **Re/Max Premier Realty**
> > >
> > > ☎ 631-599-4139   ✉ lmag7778@icloud.com   🖥 lori-magliaro.remax.com
> > > 📍 13949 N. US Hwy 441, The Villages, Fl 32159
> > >
> > > 



On Feb 13, 2021, at 9:28 PM, Matthew Ross <mqross@aol.com> wrote:

Why can't you talk to me Lor. One questions? Do you still love me. Can you answer that to me honestly please!!!

Sent from my iPhone

On Feb 13, 2021, at 9:25 PM, Lori Magliaro <lmag7778@icloud.com> wrote:

I dont laugh at you at all. I think its very sad.





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

☎ 631-599-4139    ✉ lmag7778@icloud.com    ▤ lori-magliaro.remax.com

⚲ 13949 N. US Hwy 441, The Villages, Fl 32159

[f]

On Feb 13, 2021, at 8:57 PM, Matthew Ross <mqross@aol.com> wrote:

If I need you to take care of Wilson will you!!! ❤

Sent from my iPhone

On Feb 13, 2021, at 8:39 PM, Matthew Ross <MQRoss@aol.com> wrote:

I'm Sorry Lor.  I'm just so frustrated. Wilson adores his Mommy. I don't know if he adores his mommy more then his Daddy. He loves you Lor!!! He would go crazy if he sees you.  I'm so sorry Lori I just don't know what to do. I miss you so terribly. ❤❤

Sent from my iPhone

On Feb 13, 2021, at 7:34 PM, Lori Magliaro <lmag7778@icloud.com> wrote:

Thank you Wilson❤ but dont forget supposively I left you like I left my kids.





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

☎ 631-599-4139    ✉ lmag7778@icloud.com    ▤ lori-magliaro.remax.com

⚲ 13949 N. US Hwy 441, The Villages, Fl 32159

[f]

On Feb 13, 2021, at 6:43 PM, Matthew Ross <mqross@aol.com> wrote:

Happy Early Valentines Day Momma from your Stinky, Stinky, Stinky!!! I hope you have a great day Momma. You will ALWAYS be my Valentine. I Love you Momma!! ❤❤❤❤

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 55 of 75 PageID #: 2283

Fwd: Feb 13th prior to weekend emails

From:  Lori Magliaro (lmag7778@icloud.com)

To:     eluxmore@yahoo.com

Date:  Sunday, February 14, 2021, 08:16 PM EST





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

☎ 631-599-4139   ✉ lmag7778@icloud.com   ✉ lori-magliaro.remax.com

⦿ 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Lori Magliaro <lmag7778@icloud.com>
> **Date:** February 13, 2021 at 8:49:19 AM EST
> **To:** Matthew Ross <mqross@aol.com>
> **Subject: Re: Promises**

No. I left because you lied to me several times, and when brought to your attention you didnt even care, everything you said and created was fake. When I tried to communicate with you, suddenly you never said that you never remembered saying that and you triedto turn everything around and make it like it was me and I was trying to start trouble. You can think it was about money never was still isnt.  You are a mean person that has nothing nice to say about anyone. You have tension wherever you go, you find conflict with everyone. You are never at fault for anything. You are mentally abusive. You drink to the point that it makes you angrier and then you start posting negative things about me for attention. You play victim constantly. You talk about posting selfies. You are the king of that and all you want everyone to say is poor Matt awwh poor Matt , what a good guy. Oh maybe next time open your eyes a better one will come along blah blah blah...all BS all a lie. Noone has a clue how well I know you. I could do the same to you but instead I go forward, post nothing about you, even though you deserve for me to do it right back to you, I wont. I wont act like a child looking for attention. Im not broken, although Im trying to heal each day mentally from the sick cycle of abuse and unlove I got involved in.

It took me awhile to figure out you never loved me but your actions began  to show me that and thats when I decided I have more respect for myself then to continue to be mentally abused by someone who

Case 2:19-cv-05026-AMD-JMW    Document 124-9    Filed 09/07/21    Page 56 of 75 PageID #: 2284

had zero respect for me, still continues to show that today! You say it yourself, Ur kids hate me. You have send texts showing me this. They have no clue the good person I am nor what you put me through only what you tell them. The difference between you and I is Im not going to call n text people or go on public FB and try to defend myself like you do. I dont have too because I know and so does everyone important to me know, the person I am and the emotional distress you have caused upon me and my family and thats all that matters. You dont care at all. All I ever did was everything for you, breakfast lunch dinner work cleaning laundry, revolve my life around you all for being disrespected and spoken to like a piece of trash. You continue to play the game to me telling me you love and miss me while in the same minute you are in dating sites and posting a different life on fb only noone knows I am the receiver on the other side of that nonsense. Again all lies. Its disturbing and its sad. Ill never be angry. Its not my persona and I hope someday you will seek truth and help yourself but honestly, I dont see you being capable.





**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

☎ 631-599-4139    ✉ lmag7778@icloud.com    🖃 lori-magliaro.remax.com
⊚ 13949 N. US Hwy 441, The Villages, Fl 32159



On Feb 13, 2021, at 8:07 AM, Matthew Ross <mqross@aol.com> wrote:

Hey Lor. I wish babe you would think about us. I know you left because I didn't follow through on promises. Marriage, bills, etc. I want to follow through on everyone. I love and miss you 24/7. I just wonder if you think of me at all. I can't believe we are at this point and we are not in each other's lives. I miss and Love you Lori all day, everyday.🖤🖤🖤🖤

Sent from my iPhone

## weekend emails

From: Lori Magliaro (lmag7778@icloud.com)

To: eluxmore@yahoo.com

Date: Sunday, February 14, 2021, 08:09 PM EST



8:08

🔍 mqross@_    ❌ Cancel

From    To    Message

**mqross@aol.com**    7:51 PM ›
To Couple
We are a beautiful couple 🖤 🖤

**mqross@aol.com**    7:38 PM ›
To Valentines 🖤
Lor. Can you please answer if you have any feelings or love still for me....

**mqross@aol.com**    7:01 PM ›
To Couple
Attachment: IMG_5744.PNG

**mqross@aol.com**    11:28 AM ›
To 🖤
Lor. I don't know how to convince you I need to speak to you. You will prob...

**mqross@aol.com**    9:30 AM ›
To Wilson
Happy Valentine's Day Lori. I Love you 🖤 🖤 I always will. Sent from my iPh...

Edit

_Lori Magliaro_

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 58 of 75 PageID #: 2286



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139   ✉ lmag7778@icloud.com   ▭ lori-magliaro.remax.com

📍 13949 N. US Hwy 441, The Villages, Fl 32159



## Jean Lagrasta

**From:** Ellen Luxmore <eluxmore@yahoo.com>
**Sent:** Monday, February 22, 2021 10:18 AM
**To:** jean@tliotti.com
**Subject:** Fwd: Family no

Can you print this for Tom

Sent from my iPhone

Begin forwarded message:

> **From:** Lori Magliaro <lmag7778@icloud.com>
> **Date:** February 21, 2021 at 11:09:59 AM EST
> **To:** Ellen Luxmore <eluxmore@yahoo.com>
> **Subject: Fwd: Family no**

Tom,
I received this today Sunday morning. He continues to try and make me out to be uncredible, and a person that I clearly am not and this is totally irrelevant to the Galloway case and my affidavit. He is belittling me and ruining my character. He apparently digging up this history from my vehicles registrations and life in general. How he is doing this I have no idea. I have nothing to hide and I will not let him to continue to try and destroy me as aperson, nor my family and close friends that have helped me and my children throughout the years. As far as him mentioning Karen Hernandez in this email. That is the ex gf that has contacted me regarding his abuse to her and his narcassistic behavior thru the years. Hes trying to get the focus off of him and onto me. Hes jealous of my relationships in my life and trying to destroy me and my mentality by creating a story that is untrue and exagerated. He laughs at me and posts public posts on fb clearly intended toward me. Please let me know your thoughts and how we can proceed with protecting me. Im depressed and trying to focus on my career and just everyday life and he continues to abuse me to the point I cant focus. He is the liar here, always has been, and I stand my ground for defending that boy that suffered because of his misconduct. Unfortunately, this was expected of him to try and damage my character. Im mentally exhausted and so is my family.
Thank you Tom.

*Lori Magliaro*



**Lori Magliaro**
**Realtor®**
**Re/Max Premier Realty**

📞 631-599-4139   ✉ lmag7778@icloud.com   🖃 lori-magliaro.remax.com
📍 13949 N. US Hwy 441, The Villages, Fl 32159



Begin forwarded message:

> **From:** Matthew Ross <mqross@aol.com>
> **Date:** February 21, 2021 at 9:02:01 AM EST
> **To:** Lori Magliaro <lmag7778@icloud.com>, crider5344@gmail.com, cliftonrider@yahoo.com, crider@hotmail.com
> **Subject: Family no**
>
> I had both of my kids in Florida this week at the house and what a great week it was. I hated leaving them and you know I feel bad even  when I leave Wilson. To think my daughter canceled coming last Fathers Day because of you. I allowed it and it makes me sick to my stomach I did. I was worried because you kept saying what were you going to do for a week alone. So typical only worried about yourself! Pure selfishness on your part. I shouldn't have cared what you were going to do and let you go see your looser friend Lois!!! Birds of a feather flock together. I realized this week that family is all that counts. The time with you all you cared about was time with your family and not mine. Shame on me for allowing that. Typical women not caring about the mans children. That is what brings me to you. I realized this week I don't know how you ever left your kids when they were young. I might be a lot of things, but I am and I always will be the best dad ever. I stayed in a shit marriage for 24 years so I wouldn't be without my kids. You on the other hand left your marriage for an old boyfriend (AKA Painter Boy & stain man )and didn't care about your young children at all. Let's go over some facts. According to the facts you first arrived in Florida after your second bankruptcy in July 2009. That was a lie you told me you had one bankruptcy but you had two. My report proves that liar should be your middle name. You profess to tell the truth but most often you lie. You hide behind your fake faith which is a joke. That explains a 480-500 credit score which you usually have. 51 year old female and she needs her son to co-sign for a lease vehicle. Pathetic!! Most parents need to co-sign for there kids but not Lori. When you decided to leave you needed your 17 year old son to give you money to go. You

2

have no shame!! More Pathetic!!! We will get to the co-signers on your last 3 cars in a bit. Four kids four losers. Two still live with 90 year old Mommy and pay nothing while the other two don't have $20 in there pockets. You wrote to me last week that if anything happens where I can't take care of Wilson to make sure you get him. First off Wilson will always be with me. Secondly you hated Wilson. Your son Michael told me that you were jealous of Wilson that I loved him more then you!! I DID. I ALWAYS LOVED HIM MORE THEN YOU. Third you can't afford to put gas in your car and take care of yourself, how would you take care of Wilson. You will Never see Wilson again!! Deep down inside I no you could careless about ever seeing him again. All talk!!!Yes I found out that Brad co-signed for you. I have all the details.  Plus your friend Carolyn has a big mouth. You first show that your with painter boy at his house in Belleview ( How ironic that name with Bipolar/ schizophrenia/ painter boy Belleview )living in Belleview in Feb of 2010. So you move to Florida with Ashley, Scotty and Michael.  You leave Brad to fend for himself in his Senior year of High School. Nice move mommy dearest. Your oldest and first to finish HS and he's on his own!!! You told me that he was getting in a lot of trouble also. Where was Mommy during this in Florida with her boyfriend!! Bravo Lori!!! Ashley's 15, Scottys 10 and Michael 7. Ashley doesn't stay long and goes back to live with your parents or a friend I can't remember what you told me. Nor do I really care where she went. You let your only daughter leave ( mother of the year) Scotty and Michael live with you for a couple of years and you then allow them To move back to NY as very young boys. They moved in with there father. There father has a long history of drug abuse as per you. You told me he used drugs since HS and all of your marriage to him.He grew up in a house where his mother bartended and was never home and his father worked for Bear Sterns. You told me there marriage and family life was terrible and that's how he grew up.  You told me he did drugs your entire marriage. Think of that Lori you let two little boys go live in NY with an addict and his girlfriend. If I'm not mistaking that girlfriend eventually died of an overdose you told me. Unreal what kind of MOTHER you are.
NO Normal caring and loving mother would EVER do this. I guess it was easier to be with drop out HS stain man with no kids bothering you. I know you eventually go back to NY and live with everyone. Mom & Dad in the basement and then with your sister. Well we know your sister didn't want you your brother had to convince her to take you in. I know this because you told me this. As things would happen your drug addict X has a search warrant conducted at his home. Your two small children are living at this home because you allowed it. Shame on you Mommy!!! What does the mother of the year do. She brings the boys back to Florida with her. I'm sure High School Drop out was happy at this point! Time goes by and what do you do? Your Drug addict X goes to prison,  gets clean, has a new

Boo and you again allow your boys to move back with him to NY. Scotty was going into his Senior year and Michael 9th grade, 14 years old Lori!! You need your head examined for allowing this. What mother allows her boys to not only move once but twice in with there drug addict father. Answer Mommy of the

3

year Lori!!! We now know because I was with you at this point and your X is again having relapses with pills and your youngest son is his babysitter. PATHETIC!!!! Pathetic you allow your youngest son to still stay and live with this addict  to this day while this is happening. Not to mention the home they lived in was flea infested. Remember Wilson and your son had flees from staying there. Michael had flea bites all over his legs when he came to stay with us in Florida on vacation. How in good conscious do you sleep at night.  Well I slept next you for 2.5 years and you slept like a baby. No worries at all. PATHETIC!!! Do you remember how Michael freaked out when we drove him home one night and the cops where parked in front of his house. Do you remember the fear/ Panic in his voice and his reaction. .I remember it very well!! He almost wet himself he was so scared!!!You allowed that to happen to him. You allowed him to live in an unsafe and criminal environment. You still allow this today. Shame on you! These are the facts Lori. You try and make up for it with them. I watch you with them but the truth is you know what I'm saying is true. You know you left them and struggle with it. I've seen it in your face. You deserve the guilt for what you have done to them allowing this. Remember Lori words to live by THE TRUTH WILL SET YOU FREE. LMFAO!!!! What will happen some day is your children will have kids and that's when they will know what a POS mother they have. They will feel the love for a child like no other love there is in this world, that they don't know right now. They then will question how did my mother ever move away from us and allow us not to live with her. So the next time you are standing in front of the mirror, brushing your fake hair extensions, putting on your fake eye lashes,fake  nails and fake face look at yourself and know what garbage you are. BTW I'm surprised you never tried to get fake boobs out of me. I bought them

For Karen and they were alot of fun to play with. Like speed bags in the gym!!! Speaking of Karen. I met her way to early being separated. Should have married her. She wanted to in the worst way. It was way to soon and I never wanted to get married again. I should have remembered that with you when we got engaged. Another big diff between you and her was she had as much skin in the game as I. Unlike you who showed up with her clothes in her and trunk and nothing but debt.  She has more class in her big toe then you do in your entire body. Why don't you ask painter boy, Bipolar, skitzo HS drop out man  if he would have ever left his daughter, with a drug addict mother, and moved away with you to another state. I don't know him and I think he's a total sap but even as mentally sick you say he is ,his daughter Mother and father are too I'm sure he would NEVER leave  his daughter like you left your kids. That says a lot!!! The funny thing is I've told this to so many of my guy friends wives what you did. I told them about you leaving your kids and pawning my engagement ring and then again lying to me about it. Every single women said you were total garbage. Every single one told me I was a fool for ever talking to you again. The problem was I loved you. Why I don't know. I had friends down in Jan that told me you must have loved her crazy because you would have never put up with that shit years ago. The funny thing is when you told my sister your bullshit life story at the Met game that night my sister called me the very next day. She told me to RUN!! My Sister said no good mother ever leaves or let's her young kids

leave her for ANY reason. Especially to go and live with a proven drug addict. My sister too told me you were a POS. She was right for sure. That's why when my sister came to visit last May at MY house in the villages she couldn't stay. She told me the next day she couldn't stand looking at you. She told me then again you were nothing but a fake lying scammer. How right she was again. I tried to defend you to her but my sister said no way. She said I know you love her but you will be sorry with her, she's no good. She again told me to run. I was told by someone that you are like an addiction to me. It's so TRUE!!! I never looked at it that way but it's true. The good thing now is the addiction is finally gone. Cold sober is the only way to go. Cut the CANCER out. Trying to forget about you has been the hardest thing I've ever had to do. I met someone who I've been  blowing off. I told her I was was so still in Love with you and couldn't stand being with anyone else. NO MORE!!! Time to move on to better things. I know I will be happy again. Hopefully I will meet someone and get married at some point and living life again. You on the other hand are right back where you were 11-12 yrs ago living with stain boy. Living in his Bi-Polar house with his Bi-polar family. The one thing I do know is your not sleeping with him. I know you told me how gross and sickening he makes you feel. I really feel sorry for you but that's your choice. You need to be somewhere where everything is paid for you. Must suck living like that. I once asked you why you and him never got married. You told me you would never marry a Bi-Polar freak looser like him. You also told me you couldn't stand his Bi-Polar daughter either.Talked about how crazy she was and his mother and father were too. Funny all the daughters you don't like. My daughter hated you from the day she met you. Called you nothing but a Bim at 50 trying to be 30. To think I allowed you to get between us. Shame on me!!!Maybe you should marry the sap then all your bills will be covered. The funny part is drop out boy thinks your back for good. You use him like you use everybody!! You use to tell me what a Dick he is and how you couldn't stand to look at him and that he disgusted you. Now your back living in his house. LMAO. Well at least you know he hasn't been with anyone. You said to me he could never perform and be with anyone. LMAO!!! Don't forget you told me he threw you against the wall, threatened you, flipped over a desk and then cried please not to take or hurt his buisness. He tries to say that he's a savior of you in an abusive relationship. What a fucking joke that and he is. This is the same person you stole 10,000 from and asked me told hold5,000 when I first met you. This is the same person you tried to steal all is clients when you lived with me. I helped you fill out all the cards in my dining room that you mailed to his clients from your computer. You had my info from when he did my driveway with Karen in your computer.. You told me you told him you didn't have all of his clients info but you did. Lying once again!!! You are nothing but a lying snake. Make sure you tell Cliff the truth because I will. Remember miss holy roller who hides behind her bullshit faith THE TRUTH WILL SET YOU FREE( I love that saying) Make sure you tell him how much you use to talk about his Bi-Polar daughter and how fucked up she is.  We even laughed about Her ever having a kid eventually and how he or she would be with all that mental illness in that family. I had to laugh my ass off when Cliff sent me that picture of you holding his grand kid. All i kept thinking about is that gene pool. See Now if your

5

totally honest you will show Cliff this entire email. Stain boy will know if you said these things because how would I know  any or all of this without you telling me if there true. I would never know there mental status if you didn't bad mouth them all the time to me. Matter of fact I'm going to CC stain man this email, maybe his daughter too they should know the truth what you think of them and how you bad mouth them to me. Maybe everything you told me was a lie. I don't know and could careless anymore. Your family hates him. Your kids hate him. Your Aunt and Uncle hate him but what the hell they hate everyone.Nice way to live. Cliff doesn't know it but you'll leave soon when you find someone else to take care of you. He's such a sap and waites for you to come back. He has no idea you will never be with him again.  I wonder how he feels other men have been there, done that, finished and he will never have it again. At that point who would want to. Cliff should know how many others. Tell him to ask you about Roger Laberge!!!  Better him then me. Lastly you wrote to me in an email a week or two ago that the man you fell in love with wasn't real. He doesn't exist. I want you to know I'm very real and do exist!! Thank god I'm done with the Lori Addiction. BTW just thought let's get back to the last three co signers of your cars. You told me that Cliff co-signed for your car when I met you. Your 2016 grey Hyundai. That was a lie. Roger Laberge co -signed for the car from Ocala and Long Island. He's an Oceanside guy and Ocala. The car was leased on 6/2016. You must have been doing him while you were with Cliff for the last two years.  He's a Farrells guy. No one is going to co-sign for you on  a car unless he's doing you or family! Proof in point 2020 Hyundai Brad co-signed and co -Registrant family. 2018 Hyundai I signed and co-Registrant and Lover .2016 Hyundai Roger Laberge co-signed and co-registrent what is he Lori LOVER.??? Your Lover while you were with Cliff living in his home. DISGUSTING!!!  Cliff is a sap but Tell Cliff I will gladly show him all the paperwork from the lease of you and Roger Laberge. Cliff should know that you fooled around on him while you lived in his home. NICE miss Holy Roller.  The funny part is you use to go through my cell all the time. I knew it but didn't care. I would leave it on purpose and put it down In a certain way and it would be moved. Pathetic!!! I'm not perfect but I would have NEVER cheated on you EVER. Now I know why. The people who think someone's fooling around on them are usually the ones doing it. I realized this and went and got tested!!!!!!!!! At this point I could careless I'm done with you. You are all over Laberges  Facebook too. Remember Lori tell Cliff the truth because theTRUTH SHALL SET YOU FREE. We were engaged in August of 2019 and your on  Laberges  Facebook page liking everything. Go ahead and look quick Cliff on Roger Laberge facebook page because I'm sure she will go back and erase everything real quick. She use to do it to me all the time. You are the biggest Facebook snake going. You like to post religion and hide behind ityour a hypocrite.I hope Cliff knows you lie a lot. But really Cliff he's a dope. Lori this is goodbye forever and good ridens.  I wish you well. Every single email and text I've sent you since you left has been the truth. EVERY ONe!!! I have never loved someone like I've loved you. I still Love you and probably will always have some love for you. Take care of yourself!!!!  Remember Lori " The truth shall set you free"" Everything I've written in this email you or your kids told me or I have

6

first hand knowledge and witnessed it!!!!
I wasn't going to send this email until I received all those texts from Cliff this morning. Sad, sad you guys have nothing better to stalk my Facebook.
Sent from my iPhone

social media public fb

From: Lori Magliaro (lmag7778@icloud.com)

To: eluxmore@yahoo.com

Date: Thursday, February 18, 2021, 04:12 PM EST

**4:07**

.ıl LTE 🔋

🔒 facebook.com

👍 10                                          2 Comments

 **Like**                     **Share**

**Matthew Ross**

2 hrs · 🌐

Now my daughter who lives in Long Beach needs to find me a place to buy in LB to spend July/ August and two weeks at Christmas. Life is good when you wake up and move on!!

#sucksworking, #sucksbeingbroke #Letmesellrealestate!!! LMAO!!!

👍 13                                          1 Comment

 **Like**                    ↪ **Share**

Case 2:19-cv-05026-AMD-JMW   Document 124-9   Filed 09/07/21   Page 67 of 75 PageID #: 2295



## Matthew Ross

3 hrs · 🌐

**What a day on the coast. Only place to Live in Florida. Not like North Central Florida.**



These comments continue toward me. I really want to sue him for distress with his emails, humiliating me to public and slandering me. I did what you said and went to the doctor. My blood pressure is up and they are prescribing something for my stress.





Lori Magliaro

**LAW OFFICES OF**

# THOMAS F. LIOTTI, LLC

600 OLD COUNTRY ROAD - SUITE 530
GARDEN CITY, NEW YORK 11530
————
TELEPHONE: (516) 794-4700
FACSIMILE: (516) 794-2816
WEBSITE: www.tliotti.com

THOMAS F. LIOTTI✦

LUCIA MARIA CIARAVINO*

*Also Admitted in CT

JEAN LAGRASTA
ELLEN LUXMORE
Paralegals

January 8, 2021

Hon. Madeline Singas
Nassau County District Attorney
262 Old Country Road
Mineola, New York 11501

RE:  Underline: People v. Josiah Galloway
     Ind. No. 1315N-08

Dear Ms. Singas:

Enclosed is an affidavit from Ms. Lori Magliaro attesting to the perjury and misconduct of police officers in the above matter.  I am representing Ms. Magliaro *pro bono publico*.  If you require any further information about this matter, please advise.  As you know, Mr. Galloway was wrongfully convicted and incarcerated for more than ten (10) years.

Thank you, stay safe and happy New Year.

Sincerely,

Thomas F. Liotti

TFL:el

cc:  Gabriel P. Harris, Esq.
       Elefterakis, Elefterakis & Panek
     Joseph DeFelice, Esq.
     Ms. Lori Magliaro
     Hon. Gina M. Lopez Summa
     Barbara D. Underwood
       Attorney General of the State of New York
     Jared A. Kasschau
       Nassau County Attorney

STATE OF NEW YORK
COURT OF CLAIMS

------------------------------------------------------------X

JOSIAH GALLOWAY,

                                Claimant,

          -against-

THE STATE OF NEW YORK,

                                Defendant.

------------------------------------------------------------X

**AFFIDAVIT**

Claim No. 132020
Returnable before:
Hon. Gina M. Lopez-Summa

STATE OF FLORIDA    )
                          )SS:
COUNTY OF PINELLAS)

       LORI MAGLIARO, being duly sworn deposes and states the following to be true under the penalties of perjury:

       1.      I am voluntarily coming forward to give this affidavit because it is true and because I further believe that no one should testify untruthfully under oath.

       2.      I believe in the Rule of Law and that perjury destroys the law, makes a mockery of it and undermines our system of justice.

       3.      I am making this affidavit *pro bono publico*, without compensation of any kind and with no promises of future consideration of any kind.

       4.      I initiated this contact with Thomas F. Liotti, Esq., one of Mr. Galloway's former attorneys and he has agreed to represent me *pro bono publico* on this matter. He has assisted me in the preparation of this affidavit. My address and phone number are being withheld due to my

1

fear of retribution by the person against whom I am giving this affidavit, to wit: Matthew Ross (56), a retired Nassau County Homicide Detective.

5.      Mr. Ross and I lived together for two years, from approximately August, 2018 to November of this year.  Because of a pattern of lies and deceit by him culminating in his testimony in an Examination Before Trial on or about November 9, 2020 I elected to leave him.

6.      We were never married but Mr. Ross privately shared with me the details involving his roles in the arrest, processing and prosecution of Josiah Galloway, who as I understand it was wrongfully incarcerated for more than ten years.

7.      If afforded a copy of his transcripts, I will be able to pin point exactly where he lied in the EBT and Municipal Law Hearing.

8.      Mr. Ross told me that Josiah Galloway did not match the description given to them by the victim of the assailant.  He told me that his hair was different and they (the police) used clippers on his hair in order to make him look more like the assailant.  They contrived a line-up where Josiah wore a baseball cap to conceal the difference in hair and since his height was not the same as the assailants, they made adjustments on that as well to make Josiah look taller.

9.      I was present for Mr. Ross' EBT and after it, I told him that he lied under oath, that we could no longer live together and I then moved out.

10.      I am willing to cooperate in any further investigation of this matter because I truly cannot believe that a Police Detective, sworn to uphold the Constitution and protect all of us, would engage in this kind of knowing and deliberate misconduct which deprived a young man of his youth for more than 10 years, caused him to be confined in the dangerous New York Prison

2

system where he was deprived "life, liberty and the pursuit of happiness."

_Lori Magliaro_

LORI MAGLIARO

Sworn to before me this 4th

day of ~~December~~ January, 2020

_Edward Johannes Joos_

Notary Public

EDWARD JOHANNES JOOS IV
Notary Public - State of Florida
Commission # GG 293844
My Comm. Expires Feb 9, 2023
Bonded through National Notary Assn.

3

## Re: Josiah Galloway - from Law Offices of Thomas F. Liotti

From:   Lori Magliaro (lmag7778@icloud.com)

To:     eluxmore@yahoo.com

Date:   Friday, December 18, 2020, 03:31 PM EST

If Mr Liotti feels I would benefit more from this than the  risks, or approach a different way I am open to options.

Sent from my iPhone


On Dec 17, 2020, at 6:48 AM, Lori Magliaro <lmag7778@icloud.com> wrote:


Good morning,
Since speaking with Mr. Liotti and I truly appreciate him speaking with me and offering to represent me, I've decided to hold off on this just because mentally I've become physically ill and depressed from all the stress that leaving the relationship has caused me alone. I just can't afford to go through any added stress right now, my name being exposed as well and my family is very concerned about me. Please understand my situation and respect what I am going through. Im taking my life one day at a time right now and trying to heal and get on my feet.
Thank you so much for your time and Merry Christmas,
Lori

Sent from my iPhone


On Dec 15, 2020, at 6:54 PM, Ellen Luxmore <eluxmore@yahoo.com> wrote:


Ms. Magliaro:  Mr. Liotti asked me to forward you the attached affidavit for your review.  If you have any questions or concerns, please do not hesitate to reach out to us.

Thank you.

Ellen Luxmore
paralegal
Law Offices of Thomas F. Liotti
600 Old Country Road, Suite 530
Garden City, New York  11530
(516) 794-4700
<MAGLIARO AFFIDAVIT.pdf>

## Re: Josiah Galloway - from Law Offices of Thomas F. Liotti

From:  Lori Magliaro (lmag7778@icloud.com)

To:     eluxmore@yahoo.com

Date:  Thursday, December 17, 2020, 06:48 AM EST

Good morning,
Since speaking with Mr. Liotti and I truly appreciate him speaking with me and offering to represent me, I've decided to hold off on this just because mentally I've become physically ill and depressed from all the stress that leaving the relationship has caused me alone. I just can't afford to go through any added stress right now, my name being exposed as well and my family is very concerned about me. Please understand my situation and respect what I am going through. Im taking my life one day at a time right now and trying to heal and get on my feet.
Thank you so much for your time and Merry Christmas,
Lori

Sent from my iPhone


On Dec 15, 2020, at 6:54 PM, Ellen Luxmore <eluxmore@yahoo.com> wrote:



Ms. Magliaro:  Mr. Liotti asked me to forward you the attached affidavit for your review.  If you have any questions or concerns, please do not hesitate to reach out to us.

Thank you.

Ellen Luxmore
paralegal
Law Offices of Thomas F. Liotti
600 Old Country Road, Suite 530
Garden City, New York  11530
(516) 794-4700

<MAGLIARO AFFIDAVIT.pdf>

## Re: Josiah Galloway - from Law Offices of Thomas F. Liotti

From: Lori Magliaro (lmag7778@icloud.com)

To:    eluxmore@yahoo.com

Date:  Friday, December 18, 2020, 03:57 PM EST

What does this mean? Can u call me when u can please.
Thank you

Sent from my iPhone

On Dec 18, 2020, at 3:31 PM, Lori Magliaro <lmag7778@icloud.com> wrote:

If Mr Liotti feels I would benefit more from this than the  risks, or approach a different way I am open to options.

Sent from my iPhone

On Dec 17, 2020, at 6:48 AM, Lori Magliaro <lmag7778@icloud.com> wrote:

Good morning,
Since speaking with Mr. Liotti and I truly appreciate him speaking with me and offering to represent me, I've decided
to hold off on this just because mentally I've become physically ill and depressed from all the stress that leaving the
relationship has caused me alone. I just can't afford to go through any added stress right now, my name being
exposed as well and my family is very concerned about me. Please understand my situation and respect what I am
going through. Im taking my life one day at a time right now and trying to heal and get on my feet.
Thank you so much for your time and Merry Christmas,
Lori

Sent from my iPhone

On Dec 15, 2020, at 6:54 PM, Ellen Luxmore <eluxmore@yahoo.com> wrote:

Ms. Magliaro:  Mr. Liotti asked me to forward you the attached affidavit for your review.  If you
have any questions or concerns, please do not hesitate to reach out to us.

Thank you.

Ellen Luxmore
paralegal
Law Offices of Thomas F. Liotti
600 Old Country Road, Suite 530
Garden City, New York  11530
(516) 794-4700
<MAGLIARO AFFIDAVIT.pdf>

Case 2:19-cv-05026-AMD-JMW    Document 124-9    Filed 09/07/21    Page 75 of 75 PageID #: 2303

## Re: Josiah Galloway - from Law Offices of Thomas F. Liotti

From:   Lori Magliaro (lmag7778@icloud.com)

To:     eluxmore@yahoo.com

Date:   Friday, December 18, 2020, 05:05 PM EST

Mr Liotti, ok. But before I go ahead and sign the affidavit, I would appreciate it if you can call me so we can chat thanks. I just want to clarify a few things with you.

Sent from my iPhone

On Dec 18, 2020, at 4:53 PM, Ellen Luxmore <eluxmore@yahoo.com> wrote:

Lori: I cannot predict the benefits or risks to you. But, I do have an ethical obligation to report perjury to the Court. I would urge you to speak truth to power.

Thomas F. Liotti, Esq.

Ellen Luxmore
paralegal
Law Offices of Thomas F. Liotti
600 Old Country Road, Suite 530
Garden City, New York 11530
(516) 794-4700

On Friday, December 18, 2020, 04:34:37 PM EST, Lori Magliaro <lmag7778@icloud.com> wrote:

I understand. Just afraid for myself and my family. i guess God is giving me no choice now.

Sent from my iPhone

On Dec 18, 2020, at 3:31 PM, Lori Magliaro <lmag7778@icloud.com> wrote:

If Mr Liotti feels I would benefit more from this than the risks, or approach a different way I am open to options.

Sent from my iPhone

On Dec 17, 2020, at 6:48 AM, Lori Magliaro <lmag7778@icloud.com> wrote: