

179 WESTBURY AVENUE, CARLE PLACE, NEW YORK 11514   PHONE (516) 334-4500   FAX (516) 334-4501   WWW.SOKOLOFFSTERN.COM

BRIAN S. SOKOLOFF
BSOKOLOFF@SOKOLOFFSTERN.COM

November 5, 2021

Hon. Ann M. Donnelly
United States District Court
225 Cadman Plaza East
Brooklyn, NY 11201

**VIA ECF**

      Re:    *Galloway v. Nassau County, et al.*
                Docket No. 19-cv-5026 (AMD)(JO)

Dear Judge Donnelly:

      We represent Defendants Nassau County, Det. Matthew Ross, Det. Charles DeCaro, Det. Ronald Lipson, Det. Thomas Dluginski, Det. George Darienzo, and Det. Sgt. Richard Dorsi, Det. Rene Yao, and Det. Carl Strange ("County Defendants"). I write to ask the Court to direct the Court Clerk's Office to reinstate my firm on the docket so I can receive ECF bounces until the Court decides our forthcoming objections to the Memorandum Decision and Order disqualifying Sokoloff Stern LLP. [DE 137].

      On November 4, 2021, I electronically filed a request for enlargement of time to file objections to the order. I did not receive an ECF bounce for (a) the opposition to the motion and (b) the Court's order granting the enlargement. I called the Clerk's Office to ask why I did not receive those bounces. The Clerk told me the disqualification order prompted the Clerk's Office to terminate my firm from the ECF docket. The Clerk's Office told me I can file documents, but I will not receive anything electronically related to the case.

      The Clerk's Office told me it could not reinstate me to the electronic docket without direction from Chambers. Without action from Chambers, if the Court schedules oral argument, seeks more briefing, or does anything affecting my clients in the case, I will not know about it unless I actively check the docket sheet manually.

      Accordingly, I ask the Court to direct the Clerk's Office to reinstate to the electronic docket both me and Leo Dorfman (a partner at my firm) until the Court rules on our forthcoming objections.

Sokoloff Stern LLP

Hon. Ann M. Donnelly
November 5, 2021
Page 2 of 2

      Thank you for your consideration of this matter

                                                  Very truly yours,

                                                  SOKOLOFF STERN LLP

                                                  Brian S. Sokoloff

BSS/--
cc:     All counsel of record

         **VIA E-CF**