

John A. Vitagliano, Esq.<br>
Direct dial: (914) 872-7367<br>
john.vitagliano@wilsonelser.com

January 30, 2023

**By ECF**

Hon. James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Josiah Galloway v. Nassau County, The Incorporated Village of Hempstead, Police Officer Steven Horowitz, Detective Matthew Ross, Detective Charles DeCaro, Detective Ronald Lipson, Detective Thomas Dluginski, Detective George Darienzo, Detective Kevin Cunningham, Detective Sergeant Richard Dorsi, Detective Rene Yao, Detective Carl Strange, Detective Joseph Sortino – Docket No. 19-CV-5026 (AMD) (JMW)</u>
Our File No. 12473.00047

Dear Judge Wicks:

We represent Nassau County, Detectives Charles DeCaro, George Darienzo, Thomas Dluginski, Rene Yao, and Carl Strange, as well as retired Detectives Ronald Lipson, Matthew Ross and retired Detective Sergeant Richard Dorsi (the "County Defendants") in this federal civil rights action. We write jointly with counsel for the plaintiff and the Village of Hempstead, Detective Steven Horowitz and retired Detectives Kevin Cunningham and Joseph Sortino (the "Village Defendants") to follow-up on our request for a settlement conference. (D.E. 181).

All parties are available on April 5, 2023, and the afternoon of April 13, 2023.

Respectfully submitted,

*John A. Vitagliano*

Cc: Counsel of Record (via ECF)

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

274319089v.1