UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

JOSIAH GALLOWAY,

                  Plaintiff,

      -against-

NASSAU COUNTY; THE INCORPORATED VILLAGE OF HEMPSTEAD; Police Officer STEVEN HOROWITZ, Shield No. 144; Detective MATTHEW ROSS, Shield No. 834; Detective CHARLES DECARO, Shield No. 1047; Detective RONALD LIPSON, Shield No. 1296; Detective THOMAS DLUGINSKI, Shield No. 7900; Detective GEORGE DARIENZO, Shield No. 1038; Detective KEVIN CUNNINGHAM, Shield No. 112; Detective Sergeant RICHARD DORSI; Detective JOSEPH P. SORTINO,

                  Defendants.

------------------------------------------------------------------------ x

Docket No. 19-CV-5026 (AMD) (JMW)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the Declaration of John A. Vitagliano, dated July 31, 2023, and the exhibits annexed thereto, Defendants' Joint Statement of Undisputed Facts pursuant to Local Civil Rule 56.1, dated July 31, 2023, and the accompanying Memorandum of Law, dated July 31, 2023, and all pleadings and proceedings previously had herein, defendants Nassau County, Detectives Charles Decaro, Thomas Dluginski and George Darienzo, retired Detectives Matthew Ross and Ronald Lipson, and retired Detective Sergeant Richard Dorsi (the "County Defendants"), will move this Court before the Honorable Ann M. Donnelly, United Stated District Judge, at the United States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment in favor of the County Defendants and dismissing plaintiff's claims in their entirety and

-1-

all cross-claims, and for such other and further relief as this Court may deem just, proper and equitable; and

**PLEASE TAKE FURTHER NOTICE** plaintiff's opposition must be served on defendants on or before August 31, 2023, and defendants' reply must be served on or before September 21, 2023.

Dated: White Plains, New York
July 31, 2023

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ
EDELMAN & DICKER LLP
*Attorneys for County Defendants*

_____
John A. Vitagliano
Peter A. Meisels

1133 Westchester Avenue
White Plains, New York 10604
(914) 323-7000