

March 15, 2024

**BY ECF**
Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *Galloway v. Nassau County, et al.*, 19 CV 5026 (AMD) (JMW)

Your Honor:

    I represent plaintiff in the above-referenced action. In accordance with the order dated March 13, 2024 and Fed. R. Civ. P. 41, plaintiff voluntarily withdraws his claims against defendants Cunningham, Sortino and Dorsi.

    Thank you for your attention to this matter.

                                                        Respectfully submitted,

                                                        Gabriel P. Harvis

cc:    All Counsel

ELEFTERAKIS, ELEFTERAKIS & PANEK
eeplaw.com  80 Pine Street, 38th Floor, New York, NY 10005  T: 212-532-1116  F: 212 532-1176