**HARRIS BEACH**
ATTORNEYS AT LAW

THE OMNI
333 EARLE OVINGTON BLVD, SUITE 901
UNIONDALE, NEW YORK 11553
516.880.8484

**WILLIAM J. GARRY**
MEMBER
DIRECT:  516.880.8490
FAX:       516.880.8483
WGARRY@HARRISBEACH.COM

April 18, 2024

**VIA ECF**
Hon. Ann M. Donnelly
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      RE:    <u>Galloway v. Nassau County, et al.</u>
                  Docket No. 19-cv-5026 (AMD)(JMW)

Dear Judge Donnelly:

Our office represents Defendants, The Incorporated Village of Hempstead and Police Officer Steven Horowitz, Shield No. 144 ("Village Defendants") in the above-noted matter.

On April 12, 2024, our office filed a motion for reconsideration of this Court's decision dated March 29, 2024 (ECF No. 220), which partially denied summary judgment to the Village Defendants.

On behalf of our clients, we join in the request made by the County Defendants requesting that this Court extend the deadline to file a joint pre-trial order until there is a decision by the Court on both our client's motion for reconsideration and the County Defendants' motion for reconsideration. Holding the filing of a joint pre-trial order in abeyance until this Court decides the pending motions for reconsideration is in our opinion warranted given the arguments presented in our clients' motion.

We respectfully request that the Court allow the Village Defendants and County Defendants an opportunity to first obtain a decision on their respective motions before addressing the issues that will arise in preparing a joint pre-trial order with the Plaintiff.

                                                Respectfully,

                                                */s/ William J. Garry*
                                                William J. Garry

WJG:ya

cc:    All Counsel *(via ECF)*