

John A. Vitagliano, Esq.
Direct dial: (914) 872-7367
john.vitagliano@wilsonelser.com

April 30, 2025

**VIA ECF**

Hon. Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    <u>Josiah Galloway v. Nassau County et al., Docket No. 19-CV-5026 (AMD) (JMW)</u>

Dear Judge Donnelly:

We represent the Nassau County defendants in the above-referenced action. As directed by the Court on April 3, 2025, we submit this joint letter updating the Court on the status of this case.

On April 11, 2025, the Nassau County defendants' interlocutory appeal was fully submitted to the Second Circuit Court of Appeals.

On July 12, 2024, this Court ordered that the deadline for the parties to file a joint pretrial order be stayed pending resolution of the plaintiff's motion requesting the Court to certify the Nassau County defendants' appeal as frivolous. *See* Electronic Order July 12, 2024. Subsequently, on July 17, 2024, this Court denied plaintiff's motion requesting this Court certify the Nassau County defendants' interlocutory appeal as frivolous. *See* Electronic Order July 17, 2024. On the same date, this Court ordered that the deadline for the parties to submit a joint pretrial order is stayed pending resolution of this interlocutory appeal. *Id.*

As the interlocutory appeal was submitted on April 11, 2025, we anticipate a decision on this interlocutory appeal shortly. Therefore, the parties respectfully propose that the deadline for submission of a joint pretrial order be thirty (30) days of receipt of the Second Circuit Court of Appeals' decision on the County's interlocutory appeal.

Thank you for the Court's consideration.

Respectfully yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

John A. Vitagliano

Cc:  Counsel of Record (via ECF)