WILSON ELSER
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

John A. Vitagliano, Esq.
Direct dial: (914) 872-7367
john.vitagliano@wilsonelser.com

December 22, 2025

**By ECF**

Hon. James M. Wicks
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Josiah Galloway v. Nassau County, et al – Docket No. 19-CV-5026 (AMD) (JMW)
Our File No. 12473.00047

Dear Judge Wicks:

Wilson Elser represents Nassau County and the individually named defendants (collectively, "defendants") in this federal civil rights action. We write jointly with counsel for the plaintiff Josiah Galloway in response to the court's December 16, 2025 order.

After the parties met and conferred, plaintiff's counsel was advised that the County does not consent to this matter to proceed to trial before Magistrate Wicks. In addition, the County advised that it was not interested in participating in a settlement conference at this time.

As such, the parties wish to proceed with trial as scheduled to commence before Hon. Ann Donnelly on January 11, 2027.

Respectfully submitted,

John A. Vitagliano

Cc: Counsel of Record (via ECF)