**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JOSIAH GALLOWAY,

Plaintiff,

-against-

NASSAU COUNTY et al.,

Defendants.

**NOTICE OF APPEARANCE**

19 CV 5026 (AMD) (JMW)

**PLEASE TAKE NOTICE** that Wayne A.J. Wattley should be added to the docket as counsel of record for plaintiff Josiah Galloway.

Dated: August 13, 2026
New York, New York

Elefterakis, Elefterakis & Panek

Wayne A.J. Wattley

Wayne A.J. Wattley, Esq.
80 Pine Street, 38th Floor
New York, New York 10005
(212) 532-1116
wwattley@eeplaw.com